## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

|  |  |  |
|---|---|---|
| **GAIL VENEY,** | : | |
| **8515 Bound Brook Lane** | : | |
| **Alexandria, Virginia 22309** | : | |
|  | : | |
| **Plaintiff,** | : | |
|  | : | |
| **v.** | : | **Civil Action No.** |
|  | : | |
| **STARBUCKS COFFEE COMPANY** | : | **(From Superior Court of the District** |
| **2401 Utah Avenue South** | : | **of Columbia – 2007 CA  002406 B)** |
| **Seattle, Washington 98134** | : | |

**Serve:  The Prentice Hall Corporation**
             **System**
             **1090 Vermont Avenue, N.W.**
             **Washington, D.C. 20005**            :
                                                                        :
             **Defendant.**            :


### NOTICE OF REMOVAL

PLEASE TAKE notice that on May 9, 2007, Defendant STARBUCKS CORPORATION (incorrectly named as Starbucks Coffee Company) filed a Notice of Removal, copies of which are attached, of the above-entitled action to the United States District Court for the District of Columbia.

You are also advised that Defendant Starbucks Corporation, on filing such notice of removal in the office of the Clerk of the United States District Court for the District of Columbia also filed copies of it with the Clerk of Superior Court of the District of Columbia to effect removal pursuant to 28 U.S.C. § 1446(a).

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_Christopher E. Hassell_ adg
Christopher E. Hassell, Esq., #291641
Angela D. Greene, Esq. - Admitted in Maryland only.  District of Columbia cases handled under the direct supervision of an active member of the District of Columbia Bar.
1233 20th Street, NW, Suite 800
Washington, DC  20036
(202) 712-7000

chassell@bktc.net


Counsel for Defendant Starbucks Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Removal was served via first class mail, postage prepaid, this 9th day of May, 2007 upon:

David Galinis, Esquire
Michael H. Feldman, Esquire
BERMAN, SOBIN & GROSS, LLP
481 N. Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877

_____
Angela D. Greene
Admitted in Maryland only.  District of Columbia cases
handled under the direct supervision of an active
member of the District of Columbia Bar.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **GAIL VENEY,** | : | |
| **8515 Bound Brook Lane** | : | |
| **Alexandria, Virginia 22309** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No.** |
| | : | |
| **STARBUCKS COFFEE COMPANY** | : | **(From Superior Court of the District** |
| **2401 Utah Avenue South** | : | **of Columbia – 2007 CA 002406 B)** |
| **Seattle, Washington 98134** | : | |
| | | |
| | | |
| **Serve: The Prentice Hall Corporation** | | |
| **System** | | |
| **1090 Vermont Avenue, N.W.** | | |
| **Washington, D.C. 20005** | : | |
| | : | |
| **Defendant.** | : | |

## PETITION FOR REMOVAL

COMES NOW Defendant, **STARBUCKS CORPORATION** (incorrectly named as

Starbucks Coffee Company), by and through counsel, Bonner Kiernan Trebach & Crociata,

LLP, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes to this Court an

action pending in the Superior Court for the District of Columbia.  The grounds for this

Removal are stated as follows:

    1.    Petitioner is the Defendant in the captioned litigation.

    2.    This action was instituted by Plaintiff against the Defendant by the filing of the

Complaint on the 2nd day of April, 2007, and the action is now pending in the Superior Court

for the District of Columbia (Case No. 2007 CA 002406B). Defendant's registered agent was served with the Complaint on the 18th day of April, 2007.

3.    In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings, or orders that have been served upon Defendant in Case No. 2007 CA 002406B, consisting of the Complaint, Summons and Answer to the Complaint is attached hereto as Composite Exhibit "A".

4.    At the time of the commencement of the action, the Plaintiff was a citizen of the Commonwealth of Virginia.

5.    At the time of the commencement of the action Defendant was and is a corporation organized and incorporated under the laws of the State of Washington, with its principal place of business located in the State of Washington.

6.    Plaintiff's Complaint seeks $1,000,000.00, plus costs incurred in this matter.

7.    Pursuant to 28 U.S.C. §§ 1332(a) and 1441(a) this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different states.

8.    The Clerk of the Superior Court of the District of Columbia has been notified of this removal by contemporaneously filing a Notice of Filing a Notice of Removal to the Clerk of the Superior Court of the District of Columbia. A copy of the Notice to the Clerk of Removal is attached hereto as Exhibit "B".

9.    No admission of fact, law or liability is intended by this Petition for Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendant.

WHEREFORE, Defendant hereby removes the above-referenced action, which is now pending in the Superior Court of the District of Columbia, to the United States District Court for the District of Columbia.

DATED this 9th day of May, 2007.

This Notice of Removal is signed and filed pursuant to Fed. R. Civ. P. Rule 11.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_Christopher E. Hassell only_
Christopher E. Hassell, Esq., #291641
Angela D. Greene, Esq. - Admitted in Maryland only.  District of Columbia cases handled under the direct supervision of an active member of the District of Columbia Bar.
1233 20th Street, NW, Suite 800
Washington, DC  20036
(202) 712-7000

chassell@bktc.net

Counsel for Defendant Starbucks Corporation

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Petition for Removal was served via first class mail, postage prepaid, this 9th day of May, 2007 upon:

David Galinis, Esquire
Michael H. Feldman, Esquire
BERMAN, SOBIN & GROSS, LLP
481 N. Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877


_____
Angela D. Greene
Admitted in Maryland only.  District of Columbia cases
handled under the direct supervision of an active
member of the District of Columbia Bar.

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

GAIL VENEY                                    :
8515 Bound Brook Lane
Alexandria, Virginia 22309,                   :

    Plaintiff,                                :

    v.                                       :        Civil No._____

STARBUCKS COFFEE COMPANY                       :
2401 Utah Avenue South
Seattle, Washington 98134,                     :

<u>Serve:</u> The Prentice Hall Corporation System   :
1090 Vermont Avenue, N.W.
Washington, D.C. 20005.                         :

    Defendant.                                :

### <u>COMPLAINT</u>

COMES NOW the Plaintiff, Gail Veney, by and through her attorneys, David Galinis, Esq.,

Michael H. Feldman, Esq. and Berman, Sobin & Gross, and sues the Defendant, Starbucks Coffee

Company, and as a cause of action states the following:

    1.    Plaintiff is a resident of the state of Virginia.

    2.    Defendant is incorporated in the state of Washington, but does substantial business

in, and is considered a resident of, the District of Columbia.

    3.    Plaintiff's place of employment is the District of Columbia and regularly has other

appointments, such as doctor's appointments, including for this injury, in the District of Columbia.

    4.    Jurisdiction is conferred on this Court by D.C. Code, Section 11-921.

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7610

**EXHIBIT**

_A_

5.    On or about April 28, 2005, the Plaintiff, Gail Veney, while exercising due care and without any contributory negligence, was a business invitee of the Defendant, Starbucks Coffee Company, at their property located at 6754 Richmond Highway, Alexandria, Virginia 22306.

6.    Defendant Starbucks Coffee Company owns and/or manages the property located at 6754 Richmond Highway, Alexandria, Virginia 22306.

7.    Plaintiff ordered a cup of coffee and was served by a Starbucks employee by the name of Patricia.

8.    Upon drinking the coffee, the Plaintiff immediately became nauseated and vomited.

9.    Plaintiff then brought the situation to the attention of Defendant's employees.

10.    At that time the Plaintiff was informed by Defendant's employees that one of the coffee urns was being cleaned and that the urn had been filled with a cleaning solution by the name of Urnex, and hot water.

11.    The employees of the Defendant informed the Plaintiff that she had consumed a mixture of coffee and the cleaning solution Urnex.

## Count I
### (Negligence)

12.    Defendant Starbucks Coffee Company individually and/or by or through its agents, servants, employees or partners, owed Plaintiff the following duties: to maintain a safe environment for its business invitees, to properly serve business invitees food and drink that have passed health codes, and to obey all applicable safety codes and regulations.

13.    Defendant Starbucks Coffee Company was negligent in that it breached the aforementioned duties owed to Plaintiff, a business invitee.

14.    That Defendant's negligence directly and proximately caused Plaintiff's injuries which include but are not limited to her tongue, throat and vocal cords, all which have caused and

will continue to cause the Plaintiff, Gail Veney, extreme pain, mental anguish, permanent disability, loss of the ability to enjoy normal recreational activities, and substantial medical expenses, past, present and future, as well as past and future loss of wages and wage earning capacity.

WHEREFORE, the Plaintiff, Gail Veney, demands damages of the Defendant, Starbucks Coffee Company in the amount of One Million Dollars ($1,000,000.00), plus interests and the costs of this suit.

BERMAN, SOBIN & GROSS, LLP

David Galinis, Esq.
D.C. Bar No. 459305

Michael H. Feldman, Esq.
D.C. Bar No. 202762
481 N. Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877
(301) 670-7030
*Attorneys for Plaintiff*

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **GAIL VENEY** | : |
| 8515 Bound Brook Lane | |
| Alexandria, Virginia 22309, | : |
| | |
| Plaintiff, | : |
| | |
| v. | :     Civil No._____ |
| | : |
| **STARBUCKS COFEE COMPANY** | : |
| 2401 Utah Avenue South | |
| Seattle, Washington 98134, | : |
| | |
| <u>Serve:</u> The Prentice Hall Corporation System | : |
| 1090 Vermont Avenue, N.W. | |
| Washington, D.C. 20005. | : |
| | |
| Defendant. | : |

**REQUEST FOR A JURY TRIAL**

The Plaintiff, Gail Veney, hereby requests a trial by a jury of six on all issues.

BERMAN, SOBIN & GROSS, LLP

David Galinis, Esq.
D.C. Bar No. 459305

Michael H. Feldman, Esq.
D.C. Bar No. 202762
481 N. Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877
(301) 670-7030
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

GAIL VENEY                                              :
8515 Bound Brook Lane
Alexandria, Virginia 22309,                             :

     Plaintiff,                 :

     v.                         :        Civil No._____

STARBUCKS COFEE COMPANY                                 :
2401 Utah Avenue South
Seattle, Washington 98134,                              :

Serve: The Prentice Hall Corporation System            :
1090 Vermont Avenue, N.W.
Washington, D.C. 20005.                                 :

     Defendant.                 :

### LINE TO ISSUE SUMMONS

    MADAM CLERK: Please issue a Writ of Summons and a copy of the Complaint to the

above-named Defendant, to be served pursuant to the District of Columbia Superior Court Rules

of Civil Procedure.

                             BERMAN, SOBIN & GROSS, LLP

                             _____
                             David Galinis, Esq.
                             D.C. Bar No. 459305

                             _____
                             Michael H. Feldman, Esq.
                             D.C. Bar No. 202762
                             481 N. Frederick Avenue, Suite 300
                             Gaithersburg, Maryland 20877
                             (301) 670-7030
                             *Attorneys for Plaintiff*

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

Gail Veney

Case Number: _____

vs

Date: _____

Starbucks Coffee Company

| | |
|---|---|
| Name: (please print)  David Galinis, Esq. & Michael Feldman, Esq. | Relationship to Lawsuit<br>☑ Attorney for Plaintiff |
| Firm Name:  Berman, Sobin & Gross, LLP, | ☐ Self (Pro Se)<br>Other: _____ |
| Telephone No.:  301-670-7030     Six digit Unified Bar No.:  D.C. #459305 & #202762 | |

TYPE OF CASE:   ☐ Non-Jury        ☑ 6 Person Jury        ☐ 12 Person Jury
Demand:$ 1,000,000.00 _____     Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____  Judge: _____  Calendar #: _____

Case No.: _____  Judge: _____  Calendar #: _____

---

**NATURE OF SUIT:**     *(Check One Box Only)*

**A. CONTRACTS**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 15

☐ 07 Personal Property
☐ 09 Real Property-Real Estate
☐ 12 Specific Performance

**COLLECTION CASES**
☐ 14 Under $25,000 Pltf. Grants Consent
☐ 16 Under $25,000 Consent Denied
☐ 17 OVER $25,000

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102(a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass
☐ 06 Traffic Adjudication

**C. PERSONAL TORTS**

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile-Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 09 Harassment
☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical
☑ 16 Negligence-(Not Automobile, Not Malpractice)

☐ 17 Personal Injury – (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Feb. 07

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

Gail Veney
8516 Bound Brook Lane
Alexandria, VA 22309          *Plaintiff*

vs.                                                          Civil Action No. _____

Starbucks Coffee Company
C/o Prentice Hall Corp. System *Defendant*
1090 Vermont Avenue, N.W.
Washington, D.C 20005

### SUMMONS

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

David Galinis, Esq. & Michael Feldman, Esq.
Name of Plaintiff's Attorney

481 N. Frederick Ave, #300                    By _____
Address                                                              Deputy Clerk
Gaithersburg, Maryland 20877

301-670-7030                                         Date _____
Telephone

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| **GAIL VENEY**<br>**8515 Bound Brook Lane**<br>**Alexandria, Virginia 22309** : | |
|               **Plaintiff,** :<br>   **v.** : | |
| **STARBUCKS COFFEE COMPANY** :<br>**2401 Utah Avenue South** :<br>**Seattle, Washington, 98134** : | **Civil Action No.: 2007 CA 002406 B**<br>**Calendar No.: 5**<br>**The Honorable Mary A. Terrell**<br>**Initial Conference: July 13, 2007**<br>           **9:15 a.m.** |
| **Serve:  The Prentice Hall Corporation** :<br>      **System** :<br>      **1090 Vermont Avenue N.W.** :<br>      **Washington, D.C. 20005** :<br>           **Defendant.** : | |

### ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND OF
### DEFENDANT STARBUCKS CORPORATION

COMES NOW Defendant **STARBUCKS CORPORATION** (incorrectly named as Starbucks Coffee Company), by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP,** and file its Answer, Affirmative Defenses and Jury Demand in response to Plaintiff's Complaint as follows:

### ANSWER

In response to the specifically enumerated paragraphs of the Complaint, Defendant Starbucks Corporation states:

1.  Defendant Starbucks Corporation is without specific information or knowledge sufficient to form a belief as to the truth of the allegation contained in paragraph 1 of the Complaint and therefore denies the same and demands strict proof thereof.

2.  Defendant Starbucks Corporation admits to being incorporated in the state of Washington but denies the balance of the allegation as stated.

3.  Defendant Starbucks Corporation is without specific information or knowledge sufficient to form a belief as to the truth of the allegation contained in paragraph 3 of the Complaint and therefore denies the same and demands strict proof thereof.

4.  This paragraph is jurisdictional in nature and requires no response from the Defendant.

5.  Defendant Starbucks Corporation is without specific information or knowledge sufficient to form a belief as to the truth of the allegation contained in paragraph 5 of the Complaint and therefore denies the same and demands strict proof thereof.

6.  Defendant Starbucks Corporation denies the allegations set forth in Paragraph 6 of the Complaint.

7.  Defendant Starbucks Corporation is without specific information or knowledge sufficient to form a belief as to the truth of the allegation contained in paragraph 5 of the Complaint and therefore denies the same and demands strict proof thereof.

8.  Defendant Starbucks Corporation is without specific information or knowledge sufficient to form a belief as to the truth of the allegation contained in paragraph 8 of the Complaint and therefore denies the same and demands strict proof thereof.

9.  Defendant Starbucks Corporation is without specific information or knowledge sufficient to form a belief as to the truth of the allegation contained in paragraph 9 of the Complaint and therefore denies the same and demands strict proof thereof.

10. Defendant Starbucks Corporation is without specific information or knowledge sufficient to form a belief as to the truth of the allegation contained in paragraph 10 of the Complaint and therefore denies the same and demands strict proof thereof.

11. Defendant Starbucks Corporation is without specific information or knowledge sufficient to form a belief as to the truth of the allegation contained in paragraph 11 of the Complaint and therefore denies the same and demands strict proof thereof.

12. The allegations in this paragraph contain legal conclusions and require no response by Defendant Starbucks Corporation; to the extent a response is required the allegations are denied.

13. Defendant Starbucks Corporation denies the allegations contained in Paragraph 13 of the Complaint and demands strict proof thereof.

14. Defendant Starbucks Corporation denies the allegations contained in Paragraph 14 of the Complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

Defendant Starbucks Corporation by and through counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, pleads the following affirmative defenses to Plaintiff's Complaint:

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or diminished by her own sole or contributory negligence, which negligence was the proximate cause of all or part of her own injuries and damages.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff failed to take due and appropriate care in the mitigation of her alleged injuries and damages and her recovery from Defendant is therefore barred in whole or in part.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's alleged injuries and damages were proximately caused by act(s) of commission or omission of third parties over which this Defendant exercised no control or right to control, which act(s) intervened between Defendant's acts and Plaintiff's alleged damages, thereby barring Plaintiff from any recovery from Defendant.

## FIFTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claimed injuries and damages were attributable to causes other than the incident complained of and must therefore be apportioned to such other causes accordingly.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's recovery of all or part of his alleged damages is barred by the applicable statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's alleged injuries and damages are not casually related to the events alleged in the Complaint.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff assumed the risk of her injuries, thus barring her recovery from Defendant Starbucks Corporation.

## NINTH AFFIRMATIVE DEFENSE

Defendant Starbucks Corporation reserves the right to assert other affirmative defenses as discovery in this case discloses a basis therefore.

**WHEREFORE,** Defendant Starbucks Corporation respectfully requests that the Court enter judgment in its favor, that the Complaint against it be dismissed with prejudice, and that the Defendant recover from Plaintiff its costs of this action and such other and further relief as the Court may deem just and proper.

Dated: May 7, 2007

Respectfully submitted,

BONNER KIERNAN TREBACH & CROCIATA

_Christopher E. Hassell_ esq
Christopher E. Hassell, Esquire
Angela D. Greene, Esquire - Admitted in Maryland only. District of Columbia cases handled under the direct supervision of an active member of the District of Columbia Bar.
1233 20th Street, N.W.
Suite 800
Washington, D. C. 20036
(202) 712-7000

Counsel for Defendant Starbucks Corporation

## JURY DEMAND

Defendant demands a trial of this matter by a jury with the maximum number of

jurors permitted under the Rules of this Court.

Angela D. Greene
Admitted in Maryland only. District of Columbia cases
handled under the direct supervision of an active
member of the District of Columbia Bar.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2007, a copy of Defendant Starbucks Corporation's Answer and Affirmative Defenses to Plaintiff's Complaint was served, via first class mail, postage prepaid, upon:

David Galinis, Esq.
Berman, Sobin & Gross, LLP

481 N. Frederick Avenue, #300

Gaithersburg, MD 20877

Angela D. Greene
Admitted in Maryland only. District of Columbia cases handled under the direct supervision of an active member of the District of Columbia Bar.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

GAIL VENEY,                               :
8515 Bound Brook Lane                     :
Alexandria, Virginia 22309                :
                                          :
              Plaintiff,                  :
                                          :
         v.                               :     Civil Action No.
                                          :
STARBUCKS COFFEE COMPANY                  :     (From Superior Court of the District
2401 Utah Avenue South                    :       of Columbia – 2007 CA  002406 B)
Seattle, Washington 98134                 :


Serve:  The Prentice Hall Corporation
        System
        1090 Vermont Avenue, N.W.
        Washington, D.C. 20005            :
                                          :
              Defendant.                  :

## <u>NOTICE OF FILING OF NOTICE OF REMOVAL</u>

PLEASE TAKE notice that on May 9th, 2007, STARBUCKS CORPORATION (incorrectly named as Starbucks Coffee Company) filed a Notice of Removal of the above-captioned action, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, to the United States District Court for the District of Columbia.  A copy of the Notice of Removal is attached hereto as Exhibit A.

You are also advised that Defendant, on filing such Notice of Removal in the office of the Clerk of the United States District Court for the District of Columbia, also filed copies of it with the Clerk of Superior Court of the District of Columbia to effect removal pursuant to 28 U.S.C. § 1446.

EXHIBIT

B

DATED this 9th day of May, 2007.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

*Christopher E. Hassell adg*
_____

Christopher E. Hassell, Esq., #291641
Angela D. Greene, Esq. - Admitted in Maryland only.  District
of Columbia cases handled under the direct supervision
of an active member of the District of Columbia Bar.

1233 20th Street, NW, Suite 800
Washington, DC  20036
(202) 712-7000

chassell@bktc.net

Counsel for Defendant Starbucks Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Filing of Notice of

Removal was served via first class mail, postage prepaid, this 9th day of May, 2007 upon:

David Galinis, Esquire
Michael H. Feldman, Esquire
BERMAN, SOBIN & GROSS, LLP
481 N. Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877

_____
Angela D. Greene
Admitted in Maryland only. District of Columbia cases
handled under the direct supervision of an active
member of the District of Columbia Bar.

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Gail Veney | Starbucks Corporation |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ **(IN U.S. PLAINTIFF CASES ONLY)** NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) David Galinis, Esq., Michael H. Feldman, Esq. BERMAN, SOBIN & GROSS, LLP 481 N. Frederick Avenue, Suite 300 Gaithersburg, Maryland 20877 | ATTORNEYS (IF KNOWN) Christopher E. Hassel, Angela D. Greene (Admitted in Maryland only. District of Columbia cases handled under the direct supervision of an active member of the District of Columbia Bar.) BONNER KIERNAN TREBACH & CROCIATA, LLP 1233 20th Street, N.W., Suite 800 Washington, D.C. 20036 202-712-7000 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

● 2 U.S. Government Defendant

○ 3 Federal Question (U.S. Government Not a Party)

● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ● 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ● 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**○ A.  Antitrust**

☐ 410 Antitrust

**○ B.  Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C.  Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D.  Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**○ E.  General Civil (Other)**   OR   **○ F.  Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| G. *Habeas Corpus/ 2255* | H. *Employment Discrimination* | I. *FOIA/PRIVACY ACT* | J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| K. *Labor/ERISA (non-employment)* | L. *Other Civil Rights (non-employment)* | M. *Contract* | N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding  ● 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. Section 1332(a), 1441 and 1446(a)-the amount in controversy exceeds $75,000.00 and action is between citizens of different states.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ 1,000,000.00   Check YES only if demanded in complai  JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE *May 9, 2007*   SIGNATURE OF ATTORNEY OF RECORD   *Christopher E. Hassell only*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.