IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **GAIL VENEY** | : |
| 8515 Bound Brook Lane | |
| Alexandria, Virginia 22309, | : |
| | |
| Plaintiff, | : |
| | |
| v. | : Civil No.07 0875 RMU |
| | |
| **STARBUCKS COFFEE COMPANY** | : |
| 2401 Utah Avenue South | |
| Seattle, Washington 98134, | : |
| | |
| Defendant. | : |

## NOTICE OF ENTRY OF APPEARANCE

MADAM CLERK: Please enter the appearance of Michael H. Feldman, Esq. Counsel for the Plaintiff in the above-captioned matter.

BERMAN, SOBIN & GROSS

/s/ Michael H. Feldman
_____
Michael H. Feldman, Esq.
481 N. Frederick Avenue
Suite 300
Gaithersburg, Maryland 20877
(301) 670-7030
Attorney for Plaintiff
DC Bar no.: 202762
**mfeldman@bsg-llp.com**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __18_ day of June, 2007, a copy of the foregoing was placed in the United States Mail, postage prepaid and addressed as follows:

**Christopher E. Hassell**
BONNER KIERNAN TREBACH & CROCIATA, LLP
1250 Eye Street, NW
Suite 600
Washington, DC 20005
(202) 712-7000

/s/ Michael H. Feldman
_____
Michael H. Feldman, Esq.
481 North Frederick Avenue
Suite 300
Gaithersburg, Maryland 20877
Attorney for Plaintiff