IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **GAIL VENEY,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07 0875 |
| **STARBUCKS COFFEE COMPANY,** | : |
| Defendant. | : |

### LINE TO AMEND BY INTERLINEATION

DEAR CLERK: Defendant was previously incorrectly named as "**STARBUCKS COFFEE COMPANY**". Please amend by interlineation all pleadings, both prior and subsequent, in the above captioned matter to reflect the correct name of the Defendant as "**STARBUCKS CORPORATION**".

BERMAN, SOBIN & GROSS, LLP

_____
Michael H. Feldman, Esq.
DC BAR # 202762
481 N. Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877
(301) 670-7030
Attorneys for Plaintiff

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of July, 2007, a copy of the foregoing was placed in the United States Mail, postage prepaid and addressed as follows:

Christopher E. Hassell, Esquire
Angela D. Greene, Esquire
1233 20th Street, NW, Suite 20036
Washington, DC 20036

Starbucks Corporation
C/o The Prentice Hall Corp. System
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

BERMAN, SOBIN & GROSS LLP

_____
Michael H. Feldman, Esq.
DC BAR # 202762
481 N. Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877
(301) 670-7030
Attorneys for Plaintiff

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030