**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| **GAIL VENEY,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1-07-CV-875 |
| **STARBUCKS CORPORATION,** | : |
| Defendant. | : |

**MOTION FOR ADMISSION
OF DAVID GALINIS PRO HAC VICE**

Application is hereby made for admission, *pro hac vice,* of David Galinis, for the purpose of representing, in association with Michael H. Feldman, a member of the Bar of the United States District Court for the District of Columbia, Plaintiff Gail Veney in the above-referenced action. The Declaration of Mr. Galinis in support of this application is attached hereto. A proposed Order is also attached.

Respectfully submitted
Gail Veney
By her counsel,

Michael H. Feldman, Esquire
(Bar No. 202762)
Berman, Sobin & Gross, LLP
481 North Frederick Ave.
Suite #300
Gaithersburg, Maryland 20877
Tel: (301) 670-7030
Fax: (301) 670-4607

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030



David Galinis, Esq.
Berman, Sobin & Gross, LLP
481 North Frederick Ave.
Suite #300
Gaithersburg, Maryland 20877
Tel: (301) 670-7030
Fax: (301) 670-4607

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of September, 2007, a copy of the foregoing Motion for Admission of David Galinis *Pro Hac Vice* was placed in the United States Mail, postage prepaid and addressed as follows

Starbucks Corporation
C/o The Prentice Hall Corporation System
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

Michael H. Feldman, Esquire

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

**GAIL VENEY,** :

Plaintiff, :

v. : Civil Action No. 1-07-CV-875

**STARBUCKS CORPORATION,** :

Defendant. :

**DECLARATION OF DAVID GALINIS**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, David Galinis, under penalty of perjury, declare as follows:

1. I am a partner of the law firm Berman, Sobin & Gross, LLP in Gaithersburg, Maryland, and one of the attorneys representing Plaintiff Gail Veney in the above-captioned matter.

2. My business address is Suite 300, 481 North Frederick Avenue Gaithersburg, MD 20877, telephone number 301-670-7030.

3. I was admitted to the bar in United States District Court for the District of Maryland on April 16, 1998.

4. I was admitted to the bar in District of Columbia on October 2, 1998. I am in good standing and eligible to practice in the District of Columbia. I have never been suspended or disbarred in any court.

5. I have never been admitted *pro hac vice* in the United States District Court for the District of Columbia.

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

6. Michael H. Feldman, of the law firm Berman, Sobin & Gross, LLP, 481 North Frederick Ave., #300, Gaithersburg, Maryland 20877, telephone number 301-670-7030, is a member of the United States District Court for the District of Columbia and has agreed to serve as local counsel in this matter.

Executed on September 7th, 2007 in the United States District Court for the District of Columbia.

David Galinis, Esquire
Berman, Sobin & Gross, LLP
481 North Frederick Ave., #300
Gaithersburg, Maryland 20877
Tel: (301) 670-7030
Fax: (301) 670-4607

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

**GAIL VENEY,** :

Plaintiff, :

v. : Civil Action No. 1-07-CV-875

**STARBUCKS CORPORATION,** :

Defendant. :

**ORDER**

Upon consideration of the Motion for Admission Pro Hac Vice of David Galinis, and it appearing that all counsel of record consent to the motion, it is thereupon, this day of ______, 2007,

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED that David Galinis is hereby admitted to appear in and represent Plaintiff in this case along with Michael H. Feldman.

______________________________
Judge

Was ask for this:

______________________

Michael H. Feldman, Esquire
(Bar No. 202762)
Berman, Sobin & Gross, LLP
481 North Frederick Ave.
Suite #300
Gaithersburg, Maryland 20877
Tel: (301) 670-7030
Fax: (301) 670-4607

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

