**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| **GAIL VENEY,** | : | |
| **8515 Bound Brook Lane** | : | |
| **Alexandria, Virginia 22309** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No.  1:07cv00875** |
| | : | **Hon. Ricardo M. Urbina** |
| **STARBUCKS COFFEE COMPANY** | : | |
| **2401 Utah Avenue South** | : | |
| **Seattle, Washington 98134** | : | |
| | : | |
| | : | |
| **Serve:  The Prentice Hall Corporation** | : | |
| **System** | : | |
| **1090 Vermont Avenue, N.W.** | : | |
| **Washington, D.C. 20005** | : | |
| | : | |
| **Defendant.** | : | |

**DEFENDANT STARBUCKS CORPORATION'S**
**MOTION TO TRANSFER VENUE**

COMES NOW, Defendant STARBUCKS CORPORATION by and through its attorneys,

BONNER KIERNAN TREBACH & CROCIATA**, LLP,** pursuant to 28 U.S.C. §1404, and

hereby moves this Honorable Court to transfer venue of the above-captioned civil action.

In support of its Motion to Transfer Venue, Defendant respectfully refers the Court to the

attached Memorandum of Points and Authorities incorporated herein by reference, as if fully set

forth herein, and states as follows:

1)      The case *sub judice* could have been filed, and venue for this action is proper, in

the United States District Court for the Eastern District of Virginia, Alexandria Division;

2)      It is within the discretion of this Court to transfer venue; and

3)    The interests of the parties and of potential witnesses, and the interests of justice dictate that this action be transferred to the United States District Court for the Eastern District of Virginia, Alexandria Division.

WHEREFORE, the Defendant STARBUCKS CORPORATION, by counsel, respectfully prays that this civil action be transferred from the United States District Court of the District of Columbia to the United States District Court for the Eastern District of Virginia, Alexandria Division.

Date:  September 19, 2007.

Respectfully submitted,

BONNER KIERNAN TREBACH & CROCIATA, LLP


/s/ Christopher E. Hassell
Christopher E. Hassell, Esquire, #291641
Angela D. Greene - Admitted in Maryland only.  District of Columbia cases handled under the direct supervision of an active member of the District of Columbia Bar.
1233 20th Street, NW, Suite 800
Washington, DC  20036
(202) 712-7000

chassell@bktc.net

Counsel for Defendant Starbucks Corporation

#178220-1

**Certification Pursuant to LCvR 7(m)**

I hereby certify that on September 14, 2007, I contacted Plaintiff's counsel in an effort to obtain Plaintiff's consent for the relief requested by this Motion to Transfer Venue. After discussion with Plaintiff's counsel, consent for this Motion was not obtained and the parties were unable to narrow the areas of disagreement.

/s/Angela D. Greene
Angela D. Greene
Admitted in Maryland only. District of Columbia cases
handled under the direct supervision of an active member
of the District of Columbia Bar.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served via first class mail, postage prepaid, this 19th day of September 2007, upon:

David Galinis, Esquire
Michael H. Feldman, Esquire
BERMAN, SOBIN & GROSS, LLP
481 N. Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877

/s/ Angela D. Greene
Angela D. Greene
Admitted in Maryland only. District of Columbia cases
handled under the direct supervision of an active member
of the District of Columbia Bar.

#178220-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | | |
|---|---|---|
| **GAIL VENEY,** | : | |
| **8515 Bound Brook Lane** | : | |
| **Alexandria, Virginia 22309** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No.  1:07-cv-00875** |
| | : | |
| **STARBUCKS COFFEE COMPANY** | : | |
| 2401 Utah Avenue South | : | |
| Seattle, Washington 98134 | : | |
| | : | |
| | : | |
| Serve:  The Prentice Hall Corporation | : | |
| System | : | |
| 1090 Vermont Avenue, N.W. | : | |
| Washington, D.C. 20005 | : | |
| | : | |
| **Defendant.** | : | |

**DEFENDANT STARBUCKS CORPORATION'S
MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF MOTION TO TRANSFER VENUE**

COMES NOW, Defendant STARBUCKS CORPORATION, by and through its attorneys, BONNER KIERNAN TREBACH & CROCIATA**,** LLP pursuant to 28 U.S.C. §1404, states as follows in further support of its Motion to Transfer Venue:

**Factual Background**

1.      This action involves Plaintiff's claims of damages allegedly suffered as a result of an injury sustained while a business invitee at a Starbucks store in Alexandria, Virginia on April 28, 2005.  (Complaint, *passim*).

2.      Plaintiff alleges that she ordered a cup of coffee and that upon drinking it she became nauseated and vomited.   She further alleges that after bringing this situation to the

#178220-1

attention of the Defendant's employees, she was informed by the Defendant's employees that she had consumed a mixture of coffee and a cleaning solution called Urnex. (Complaint, ¶ 1).

2.      Plaintiff is a resident of the Commonwealth of Virginia. (Complaint, *passim*).

3.      Defendant Starbucks Corporation is incorporated in the State of Washington (Complaint, ¶ 2).

4.      Plaintiff does not claim that any alleged tortious conduct occurred in the District of Columbia. (Complaint, *passim*).

5.      All of the alleged tortious acts occurred in Virginia. This matter has no nexus with the District of Columbia.

6.      The witnesses to the events that are the subject of this action are three of Defendant's employees currently working at locations in Alexandria, Virginia and Stafford, Virginia.

7.      No witnesses or parties to the event at issue are located in the District of Columbia.

## Argument

I.      **This Action Could Have Been Filed In The Eastern District Of Virginia And Venue Should Be Transferred.**

Starbucks Corporation seeks to transfer venue in this action pursuant to 28 U.S.C. §1404(a), which provides:

> [f]or the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.

The threshold question under §1404(a) is whether the action might have been brought in another district, in this case, the Eastern District of Virginia. *See, generally, Trout Unlimited v. U.S. Dep't. of Agriculture*, 944 F.Supp. 13, 16 (D.D.C. 1996). The subject matter of this case

#178220-1

involves one discrete incident that occurred in Alexandria, Virginia. As the Defendant conducts business in the Commonwealth of Virginia, there are no jurisdictional issues that would have precluded Plaintiff from filing this action in the Eastern District of Virginia.

This action could have been brought in the Eastern District of Virginia, and that venue would have been a more appropriate forum in which to litigate Plaintiff's claims.  As demonstrated more fully below, Plaintiff cannot establish any rational or legitimate concern for this action to proceed in this venue, and the convenience of the parties and witnesses and the interests of justice dictate that venue be transferred to the Eastern District of Virginia.

II.    **The Convenience Of The Parties And Witnesses Favors Transferring Venue.**

In determining whether to transfer venue of a civil action under 28 U.S.C. §1404(a), the Court may consider the following factors:

> the convenience of the witnesses of plaintiff; and defendant; ease of access to sources of proof; the availability of compulsory process to compel the attendance of unwilling witnesses; the amount of expense for willing witnesses; the relative congestion of the calendars of potential transferee and transferor courts; and other practical aspect [sic] of expeditiously and conveniently conducting a trial.

*See, Chung v. Chrysler Corp.*, 903 F. Supp. 160, 163 (D.D.C. 1995).

"The most critical factor to examine under 28 U.S.C. §1404(a), is the convenience of the witnesses." *See, Chung v. Chrysler Corp.*, 903 F.Supp. 160, 164 (D.D.C. 1995).

In the case at bar, the only known witnesses to the alleged incident will be the Defendant's three employees present at the time of the alleged incident.  All of these individuals are currently employed at stores operated by the Defendant in the Commonwealth of Virginia and all reside in Virginia.  Patricia Ulbert, Defendant's employee who dispensed and served the

beverage to the Plaintiff resides and works in Alexandria, Virginia.    Another employee of the Defendant that was present on the date of the alleged incident, Charles Suyat, also resides and works in Alexandria, Virginia.  The Assistant Manager at the time of the incident was Mike Jacobs and he resides and works in Stafford, Virginia.  Mr. Jacobs offered assistance to the Plaintiff.

Other potential witnesses to be called in this case include medical service providers who treated the plaintiff at the time of and subsequent to the alleged incident.  Before filing suit the Plaintiff provided Defendant's claims department with medical records connected with the incident.  The Plaintiff was seen at the emergency room of Inova Mount Vernon Hospital in Alexandria, Virginia on the date of the alleged incident. (See Exhibit A).  The Plaintiff's primary care provider is listed as the Springfield, Virginia office of Kaiser Permanente.  (See Exhibit B).  The Plaintiff's medical records indicate that she was referred to and treated by two other physicians in Falls Church, Virginia. (See Exhibit C).   In the Complaint, the Plaintiff alleges that she has doctor's appointments associated with her alleged injuries in the District of Columbia.  However, based on medical records presented, the only District of Columbia physician the Plaintiff has seen is a surgeon who operated on the Plaintiff and then returned her to the care of her Virginia based physician in September 2005.  (See Exhibit D).

As noted above, Starbucks Corporation is presently unaware of any witnesses who reside in the District of Columbia.  Accordingly, transferring this action to the United States District Court for the Eastern District of Virginia will be more convenient for the known, likely witnesses in this action who are employed in Virginia.

In weighing the convenience of districts for Plaintiff, Starbucks Corporation submits that the convenience for Plaintiff will not be disturbed, if this matter is transferred to the Eastern

#178220-1

District of Virginia. *See, generally, King v. Navistar Intern. Transp. Corp.*, 709 F.Supp. 261 (D.D.C. 1989)(transferring an action that involved a accident in Virginia to the Eastern District of Virginia).

The Court in *Chung v. Chrysler Corp.*, 903 F.Supp. 160 (D.D.C. 1995) recognized "the diminished consideration accorded to a plaintiff's choice of forum where…that forum has no meaningful ties to the controversy and no particular interest in the parties or the subject matter." *See, Chung v. Chrysler Corp.*, 903 F.Supp. 160, 165 (D.D.C. 1995) and *Trout Unlimited v. U.S. Dep't. of Agriculture*, 94 F.Supp. 13, 17 (D.D.C. 1996)(where the District of Columbia had no meaningful ties to or interest in the suit, the court must be "especially cautious in allowing the case to remain in the District of Columbia.").  Based on the lack of any connection between Plaintiff's claims and the District of Columbia in the case at bar, Starbucks Corporation submits that Plaintiff's choice of forum should be given minimal consideration and that the interests of the convenience of witnesses dictate that this action be transferred to the United States District Court for the Eastern District of Virginia.

III.    **The Interests Of Justice Dictate That This Action Be Transferred To The Eastern District Of Virginia.**

In determining whether to transfer venue based on the interests of justice or "public interest" considerations, the Court has looked to the following factors:

> (1) the transferee's familiarity with the governing laws; (2) the relative congestion of the calendars of the potential transferee and transferor courts; and (3) the local interest in deciding local controversies at home.

*See, Shapiro, Lifschitz & Schram, P.C. v. Hazard*, 24 F.Supp.2d 66, 71 (D.D.C. 1998)(citation omitted).

#178220-1

Since this cause of action arose in Virginia, the substantive law that will apply in this case is Virginia law. Virginia law differs from the District of Columbia law with regards to product liability. Virginia product liability law does not recognize strict liability whereas strict liability is recognized in product liability cases in the District of Columbia. (*Compare Berman v. Watergate West*, 391 A.2d 1351(D.C. 1978) and *Harris v. T.I., Inc.*, 243 Va. 63 (1992) ).  Judges in the Eastern District of Virginia will know this law and apply it accordingly.

In addressing the relative congestion of this Court's docket and the docket of the Eastern District of Virginia, Starbucks Corporation notes that the United States District Court for the Eastern District of Virginia is recognized as maintaining a "rocket docket," one of the fastest moving dockets in the United States.  In the Eastern District of Virginia, civil actions frequently proceed to trial within approximately 6-7 months of filing.  Thus, transferring this action to the Eastern District of Virginia would favor the public interest consideration of the relative congestion of calendars and docket management for the transferee and transferor courts.

As evidenced by Plaintiff's Complaint, the primary event involved in this action arose from an alleged occurrence in Virginia.  Plaintiff does not allege that any tortious activity occurred in the District of Columbia.  Indeed, other than the Plaintiff's place of employment and her surgery having been performed here, the District of Columbia has no local interest in deciding this controversy.  For cases in which the District of Columbia has no particular interest or connection, a Plaintiff's choice of venue should be accorded "diminished consideration." *See, Chung v. Chrysler Corp.* 903 F.Supp. 160, 165 (D.D.C. 1995)  The Court has previously transferred venue in such cases, reasoning that "plaintiff's choice of forum cannot be given anything like the same consideration given in cases where the chosen forum has a true connection with the matter."  *See, King v. Navistar Intern.Transp. Corp.*, 709 F.Supp. 261

(D.D.C. 1989)   Given the allegations set forth in Plaintiff's Complaint, this action is properly transferred to the Eastern District of Virginia, Alexandria Division, insofar as the District of Columbia has no local interest in resolving this action.

### Conclusion

Plaintiff's selection of the District of Columbia as the forum for this action is a classic example of forum shopping.  Plaintiff is a resident of the Commonwealth of Virginia and her Complaint is devoid of any alleged tortious or unconstitutional conduct that occurred in the District of Columbia.  All of the known witnesses currently reside and are employed in the Commonwealth of Virginia.  Indeed, the District of Columbia has no particular interest in resolving this dispute.

The Eastern District of Virginia, Alexandria Division, is a proper venue for this action and has more relation to Plaintiff's claims than does the District of Columbia.  Additionally, insofar as the convenience of the witnesses and the public interest factors weigh in favor of transferring this action, Starbucks Corporation submits that this action must be transferred pursuant to 28 U.S.C. §1404(a).

WHEREFORE, the premises considered, Defendant Starbucks Corporation  respectfully requests that its Motion to Transfer Venue be granted, and that this action be transferred to the United States District Court for the Eastern District of Virginia, Alexandria Division.

Dated:  September 19, 2007.

Respectfully submitted,


BONNER KIERNAN TREBACH & CROCIATA, LLP


/s/ Christopher E. Hassell
Christopher E. Hassell, Esquire, #29164
Angela D. Greene - Admitted in Maryland only.  District of
Columbia cases handled under the direct supervision of an active
member of the District of Columbia Bar.
1233 20th Street, NW, Suite 800
Washington, DC  20036
(202) 712-7000

chassell@bktc.net

Counsel for Defendant Starbucks Corporation

#178220-1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was served via first class mail, postage prepaid, this 19th day of September 2007, upon:

David Galinis, Esquire
Michael H. Feldman, Esquire
BERMAN, SOBIN & GROSS, LLP
481 N. Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877

<u>/s/ Angela D. Greene</u>
Angela D. Greene
Admitted in Maryland only.  District of Columbia cases
handled under the direct supervision of an active member
of the District of Columbia Bar.

#178220-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| **GAIL VENEY,** | **:** | |
| **8515 Bound Brook Lane** | **:** | |
| **Alexandria, Virginia 22309** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No.  1:07cv00875** |
| | **:** | **Hon. Ricardo M. Urbina** |
| **STARBUCKS COFFEE COMPANY** | **:** | |
| 2401 Utah Avenue South | **:** | |
| Seattle, Washington 98134 | **:** | |
| | **:** | |
| | **:** | |
| Serve:  The Prentice Hall Corporation | **:** | |
| System | **:** | |
| 1090 Vermont Avenue, N.W. | **:** | |
| Washington, D.C. 20005 | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Transfer Venue, any opposition

thereto, and the entire record in this matter, it is this _____ day of _____, 2007,

hereby ORDERED that Defendant's Motion to

Transfer Venue is GRANTED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. §1404(a), this civil action is hereby

transferred to the Unites States District Court for the Eastern District of Virginia.

SO ORDERED.

_____
Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia

Copies to:

David Galinis, Esquire
Michael H. Feldman, Esquire
BERMAN, SOBIN & GROSS, LLP
481 N. Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877


Christopher E. Hassell, Esquire
Angela D. Greene, Esquire
BONNER KIERNAN TREBACH & CROCIATA, LLP
1233 20TH Street, NW Suite 800
Washington, DC 20036

**ALL PATIENTS: PLEASE COMPLETE THIS INFORMATION SHEET AND RETURN TO THE REGISTRATION CLERK.**
**THE TRIAGE NURSE WILL CALL YOU SHORTLY. THANK YOU.**

| Patient's Last Name | First | Middle | Time of Arrival: 8:34 |
|---|---|---|---|
| Teney | Gail | | Date of Birth: 3-14-65    404R |
| Street 8515 Bound Brook | | Apt. No. | Phone: 703 799-8159 |
| City Alixandria | State VA | Zip Code 22309 | Social Security Number: 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 |

Allergies: n/a

Medications: Ritalin

Last Tetanus:

Private Physician: Kaiser Permanente - Dr. Magbuhos

Medical Problem Today: ~~knee stab wole~~ Accidently drank Urnex - chemical

When did the problem begin? 745-750 pm - at Starbucks - Beacon Mall.

**PACIENTES: POR FAVOR COMPLETE ESTA HOJA DE INFORMACIÓN POR FAVOR ESCRIBA PROBLEMS EN**
**INGLES Y DEVUELVALA A LA/EL SECRETARIA/O. LA ENFERMERA/O LO LLAMARA PRONTO. MUCHAS GRACIAS.**

| Appellido del Paciente | Primer Nombre | Segundo Nombre | Hora que llego aqui: |
|---|---|---|---|
| | | | Fecha de Nacimiento: |
| Calle | | Apt. No. | Teléfono: |
| Ciudad | Estado | Zip Code | Número Seguridad Social: |

Alergias:

Medicinas:

Su Médico:

Último tétano:

Problema de hoy?

Cuando le empiezo el problema?

Acuity: ☐ Emergent
☐ Urgent
☐ Non-Urgent

Time: _____ Triage Nurse: _____ R.N.

PATIENT IDENTIFICATION

**INOVA MOUNT VERNON HOSPITAL**

**PATIENT REGISTRATION**
**INFORMATION SHEET**

CAT #99650 • R4-99 • PKGS OF 250

EXHIBIT
A

| INOVA HEALTH SYSTEM<br><br>Inova Mount Vernon Hospital<br>2501 Parkers Lane  Alexandria, Va. 22306 | Patient Information<br>veney, g<br><br>Phone: | Treating Provider:<br>Henry Cho MD<br>2501 Parkers Ln  Alexandria, Va.<br>22306<br><br>Phone: 703-C64 7111 | Discharge Instructions<br>Date: 4/28/C5  Time: 3:51:08 PM<br><br>**Patient Copy**<br><br>Page:  1 of 1 |

| Patient Discharge Instructions | Document: 557 | Last Update: 05/02/2002 |

## NONTOXIC INGESTION - ACCIDENTAL

You have been evaluated and treated for taking too much of a medicine or swallowing a chemical product. There is no sign of toxic effect at this time. It is very unlikely that any new symptoms will appear. As a safeguard, you must be alert for symptoms during the next 24 hours (see below). The exact symptom will depend on the type of drug or chemical that was swallowed.

**Follow These Instructions Carefully:**

1.  If **Ipecac** was given to empty the stomach, there may be continued nausea and possibly additional episodes of vomiting over the next few hours. Give only clear liquids for the next 6 hours, and then gradually increase the diet as tolerated.
2.  If **liquid charcoal** has given to neutralize the overdose, this may cause nausea and vomiting over the next few hours. It will also cause a black color to the stools for 1 to 2 days. Usually, a laxative is given with charcoal to speed the removal of any toxins from the intestinal tract. This may cause diarrhea for up to 24 hours. If no laxative was given, there may be a tendency toward constipation. If this occurs, you may take an over the counter laxative such as Dulcolax pills or suppository to treat this problem.

**Follow up** with your doctor or this facility as advised by our staff if all symptoms do not resolve within 24 hours or if constipation is not relieved by one or two doses of laxatives.

**Return to this facility immediately** or contact your doctor if you begin to have any of the following:

- You develop a return or worsening of your original symptoms.
- You develop excess drowsiness or inability to be awakened.
- You have a rapid heartbeat, shakiness or seizure.
- Breathing over 25 breaths/minute or less than 8 breaths/minute, shortness of breath.
- Fever over 100 (oral).
- Repeated vomiting or diarrhea.
- Blood in stools or vomit (black or red color).
- Chest or abdominal pain.
- Dizziness, weakness or fainting.

| Discharge Instructions Special Notes |

*I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment. EKG"s, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.*

Copyright ScriptRx, Inc. 2000-2005                                                                     http://www.ScriptRx.com

| **INOVA HEALTH SYSTEM** | Patient Information | Treating Provider | Discharge Summary |
|---|---|---|---|
| | veney, g | Henry Cho MD<br>2501 Parkers Ln  Alexandria, Va. 22306<br><br>Phone: 703-664-7111 | Date: 4/28/05  Time: 9:51:09 PM<br><br>**Patient Copy** |

Inova Mount Vernon Hospital
2501 Parkers Lane  Alexandria, Va. 22306

---

**1) Your Discharge Instructions:**

NONTOXIC INGESTION, ACCIDENTAL #Document: 557 (English)

**2) Your Prescriptions:**

---

**3) You should Follow Up with:**

| Follow Up Physician: | Follow Up Information |
|---|---|
| YOUR REGULAR PHYSICIAN,<br><br><br>Phone:<br>Fax: | On 04/28/2005 this patient was treated in the Emergency Department of Inova Mount Vernon Hospital at 2501 Parkers Lane  Alexandria, Va. 22306 for NONTOXIC INGESTION, ACCIDENTAL.  The patient was asked to follow up 2 Days. |

---

I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment.  I acknowledge that I have been instructed to contact the above physician immediately for continued and complete medical diagnosis, care and treatment.  EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.  I also understand that my signature authorizes this Medical Center to release all or any part of my medical record (including, if applicable, information pertaining to AIDS and/or HIV testing, mental health records, and drug and/or alcohol treatment) to the referred physician listed above.

TOW
BERMAN, 2 SOBIN & GROS EMUE
481 N. FREDERICK
SUITE 300                              4448
GAITHERSBURG MD 20877

APPROVED OMB-0938-0008

| | PICA | CASE ID: 00125090030 | HEALTH INSURANCE CLAIM FORM | PICA | |

**1. MEDICARE** (Medicare #) | **MEDICAID** (Medicaid #) | **CHAMPUS** (Sponsor's SSN) | **CHAMPVA** (VA File #) | **GROUP HEALTH PLAN** (SSN or ID) | **FECA BLK LUNG** (SSN) | **OTHER** [X] (ID) | **1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1): ATTORNEY

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial): VENEY, GAIL

**3. PATIENT'S BIRTH DATE** 02 14 1965 **SEX** M [ ] F [X]

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial): VENEY, GAIL

**5. PATIENT'S ADDRESS** (No., Street): 8515 BOUND BROOK LN
**CITY** ALEXANDRIA **STATE** VA
**ZIP CODE** 22309 **TELEPHONE** (Include Area Code) (703) 799-8159

**6. PATIENT RELATIONSHIP TO INSURED** Self [X] Spouse [ ] Child [ ] Other [ ]

**8. PATIENT STATUS** Single [X] Married [ ] Other [ ]
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

**7. INSURED'S ADDRESS** (No., Street): 8515 BOUND BROOK LN
**CITY** ALEXANDRIA **STATE** VA
**ZIP CODE** 22309 **TELEPHONE** (INCLUDE AREA CODE) (703) 541-4055

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial):

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS) YES [ ] NO [X]

**a. INSURED'S DATE OF BIRTH** 02 14 1965 **SEX** M [ ] F [X]

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY **SEX** M [ ] F [ ]

**b. AUTO ACCIDENT?** YES [X] NO [ ] **PLACE (State)** VA

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** YES [ ] NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME** BERMAN, SOBIN & GROSS

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES [ ] NO [X] *If yes, return to and complete item 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE DATE 02 20 2006

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT:** 04 28 2005 **ILLNESS** (First symptom) OR **INJURY** (Accident) OR **PREGNANCY** (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES [ ] NO [X] **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. 983.9 TOXIC EFFECT CA
2. E864.3 ACC POISON-CAUS
3. E849.3 ACC ON INDUS
4.

**22. MEDICAID RESUBMISSION CODE** ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 29 05 | | 11 | 9 | 99213 | | 123 | 74 00 | 1 | | | | |
| 05 16 05 | | 11 | 9 | 99213 | | 1 | 74 00 | 1 | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER** 520954463 SSN [ ] EIN [X]

**26. PATIENT'S ACCOUNT NO.** 604700005

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X] NO [ ]

**28. TOTAL CHARGE** $ 148 00

**29. AMOUNT PAID** $ 0 00

**30. BALANCE DUE** $ 148 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
MAGBUHOS, CELERINO M MD
SIGNED 02/20/2006 DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
KAISER SPRINGFIELD FAC
6501 LOISDALE COURT
SPRINGFIELD VA 22150

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
KAISER PERMANENTE
P.O. BOX 64418
BALTIMORE MD 21264-4418
PIN# GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
**PLEASE PRINT OR TYPE**
FORM CMS-1500 (12-90)
FORM OWCP-1500
FORM RRB-1500
WHCFA-1500-N-90 (5/02)

APPROVED OMB-0938-0008

BERMAN, SOBIN & GROSS
481 N. FREDERICK . EMUE
SUITE 300
GAITHERSBURG MD 20877

4448

CASE ID: 00125090030

# HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | ATTORNEY | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| VENEY, GAIL | 02 14 1965 | M [ ] F [X] | VENEY, GAIL |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 8515 BOUND BROOK LN | Self [X] Spouse [ ] Child [ ] Other [ ] | 8515 BOUND BROOK LN |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| ALEXANDRIA | VA | Single [X] Married [ ] Other [ ] | ALEXANDRIA | VA |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 22309 | (703) 799-8159 | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] | 22309 | (703) 541-4055 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES [ ] NO [X] | 02 14 1965 | M [ ] F [X] |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|
| MM DD YY | M [ ] F [ ] | YES [X] NO [ ] VA | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES [ ] NO [X] | BERMAN, SOBIN & GROSS |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES [ ] NO [X] If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE     DATE 02 17 2006

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT: 04 28 2005 ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? YES [ ] NO [X] $ CHARGES |
|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. 983 9    TOXIC EFFECT CA          3. 

2.                                    4. 

22. MEDICAID RESUBMISSION CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | To MM DD YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 1 | 05 16 05 | | 11 | 9 | 99070 | | 1 | 33 82 | 90 | | | | |
| | | | | | 00406112201 METHYLIN | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 520954463 | [ ] [X] | 604700005 | YES [X] NO [ ] | $ 33 82 | $ 0 00 | $ 33 82 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| MAGBUHOS, CELERINO M MD | KAISER SPRINGFIELD FAC 6501 LOISDALE COURT SPRINGFIELD VA 22150 | KAISER PERMANENTE P.O. BOX 64418 BALTIMORE MD 21264-4418 |
| SIGNED 02/17/2006 DATE | | PIN#          GRP# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
WHCFA-1500-N-90 (5/02)

**PLEASE PRINT OR TYPE**

FORM CMS-1500    (12-90)
FORM OWCP-1500        FORM RRB-1500

BERMAN, SOBIN & GROSS
481 N. FREDERICK AVENUE
SUITE 300
GAITHERSBURG MD 20877

CASE ID: 00125090030

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | ATTORNEY | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE 02 14 1965 SEX M F X | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| VENEY, GAIL | | VENEY, GAIL |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 8515 BOUND BROOK LN | Self X Spouse Child Other | 8515 BOUND BROOK LN |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| ALEXANDRIA | VA | Single X Married Other | ALEXANDRIA | VA |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 22309 | (703) 799-8159 | Employed Full-Time Student Part-Time Student | 22309 | (703) 541-4055 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES X NO | a. INSURED'S DATE OF BIRTH 02 14 1965 M F X |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F | b. AUTO ACCIDENT? X YES NO PLACE (State) VA | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES X NO | c. INSURANCE PLAN NAME OR PROGRAM NAME BERMAN, SOBIN & GROSS |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES X NO If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE    DATE 02 16 2006

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) 04 28 2005 | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES X NO $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 983.9 TOXIC EFFECT CA
2. ___
3. ___
4. ___

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | | To MM DD YY | | | | | | | | | | | |
| 1 | 07 08 05 | | | | | 11 | 5 | 84520 | 1 | 19 00 | 1 | | | | |
| 2 | 07 08 05 | | | | | 11 | 5 | 82565 | 1 | 20 00 | 1 | | | | |
| 3 | 07 08 05 | | | | | 11 | 5 | 82728 | 1 | 58 00 | 1 | | | | |
| 4 | 07 08 05 | | | | | 11 | 5 | 83550 | 1 | 25 00 | 1 | | | | |
| 5 | 07 08 05 | | | | | 11 | 5 | 83540 | 1 | 19 00 | 1 | | | | |
| 6 | 07 08 05 | | | | | 11 | 5 | 84443 | 1 | 61 00 | 1 | | | | |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN 520954463 X | 26. PATIENT'S ACCOUNT NO. 604700005 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) X YES NO | 28. TOTAL CHARGE $ 202 00 | 29. AMOUNT PAID $ 0 00 | 30. BALANCE DUE $ 202 00 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) MAGBUHOS, CELERINO M MD SIGNED 02/16/2006 DATE | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) KAISER SPRINGFIELD FAC 6501 LOISDALE COURT SPRINGFIELD VA 22150 | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # 503-813-4496 KAISER PERMANENTE P.O. BOX 64418 BALTIMORE MD 21264-4418 PIN# GRP# |
|---|---|---|

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
WHCFA-1500-N-90 (5/02)

PLEASE PRINT OR TYPE

FORM CMS-1500 (12-90)
FORM OWCP-1500
FORM RRB-1500

TOW
BERMAN, SOBIN
481 N. FREDERICK AVENUE
SUITE 300
GAITHERSBURG MD 20877

APPROVED OMB-0938-0008

CASE ID: 00125090030                    **HEALTH INSURANCE CLAIM FORM**

| | | | PICA | | | | | | | | | | | | | | | | PICA | | | |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | ATTORNEY | |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
VENEY, GAIL

**3. PATIENT'S BIRTH DATE** 02 14 1965  SEX F X

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
VENEY, GAIL

**5. PATIENT'S ADDRESS (No., Street)**
8515 BOUND BROOK LN

**6. PATIENT RELATIONSHIP TO INSURED**
Self X  Spouse  Child  Other

**7. INSURED'S ADDRESS (No., Street)**
8515 BOUND BROOK LN

CITY ALEXANDRIA  STATE VA
**8. PATIENT STATUS**
Single X  Married  Other

CITY ALEXANDRIA  STATE VA

ZIP CODE 22309  TELEPHONE (Include Area Code) (703) 799-8159
Employed  Full-Time Student  Part-Time Student

ZIP CODE 22309  TELEPHONE (INCLUDE AREA CODE) (703) 541-4055

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)**
YES  X NO

**a. INSURED'S DATE OF BIRTH** 02 14 1965  SEX M  F X

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY  SEX M  F

**b. AUTO ACCIDENT?** PLACE (State)
X YES  NO  VA

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES  X NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
BERMAN, SOBIN & GROSS

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES  X NO  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE  DATE 02 16 2006

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT:** 04 28 2005  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES  X NO  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)**

1. 983 9  TOXIC EFFECT CA
2.
3.
4.

**22. MEDICAID RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. | A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 1 | 05 | 26 | 05 | | | | 11 | 9 | 99070 | 1 | 39 41 | 60 | | | | |
| 2 | | | | | | | | | 62175011832 PRILOSEC | | | | | | | |
| 3 | 06 | 06 | 05 | | | | 11 | 9 | 99070 | 1 | 33 82 | 90 | | | | |
| 4 | | | | | | | | | 0040611201 METHYLIN | | | | | | | |
| 5 | 07 | 08 | 05 | | | | 11 | 5 | 84460 | 1 | 19 00 | 1 | | | | |
| 6 | 07 | 08 | 05 | | | | 11 | F | 36415 | 1 | 15 00 | 1 | | | | |

**25. FEDERAL TAX I.D. NUMBER**  520954463  SSN  EIN X

**26. PATIENT'S ACCOUNT NO.** 604700005

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES  X NO

**28. TOTAL CHARGE** $ 107 23

**29. AMOUNT PAID** $ 0 00

**30. BALANCE DUE** $ 107 23

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
MAGBUHOS, CELERINO M MD
SIGNED 02/16/2006 DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)**
KAISER SPRINGFIELD FAC
6501 LOISDALE COURT
SPRINGFIELD VA 22150

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
KAISER PERMANENTE
P.O. BOX 64418
BALTIMORE MD 21264-4418
PIN#  GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)  **PLEASE PRINT OR TYPE**  FORM CMS-1500 (12-90)  FORM OWCP-1500  FORM RRB-1500
WHCFA-1500-N-90 (5/02)

APPROVED OMB-0938-0008

TOW
BERMAN, SOBIN & GROSS
481 N. FREDERICK AVENUE
SUITE 300
GAITHERSBURG MD 20877

| PICA | CASE ID: 00125090030 | HEALTH INSURANCE CLAIM FORM | PICA |

**1. MEDICARE** (Medicare#) **MEDICAID** (Medicaid #) **CHAMPUS** (Sponsor's SSN) **CHAMPVA** (VA File #) **GROUP HEALTH PLAN** (SSN or ID) **FECA BLK LUNG** (SSN) **OTHER** [X] (ID)

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
ATTORNEY

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
VENEY, GAIL

**3. PATIENT'S BIRTH DATE** 02 14 1965   **SEX** M [ ] F [X]

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
VENEY, GAIL

**5. PATIENT'S ADDRESS** (No., Street)
8515 BOUND BROOK LN

**6. PATIENT RELATIONSHIP TO INSURED** Self [X] Spouse [ ] Child [ ] Other [ ]

**7. INSURED'S ADDRESS** (No., Street)
8515 BOUND BROOK LN

**CITY** ALEXANDRIA   **STATE** VA

**8. PATIENT STATUS** Single [X] Married [ ] Other [ ]

**CITY** ALEXANDRIA   **STATE** VA

**ZIP CODE** 22309   **TELEPHONE** (Include Area Code) (703) 799-8159

Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

**ZIP CODE** 22309   **TELEPHONE** (INCLUDE AREA CODE) (703) 541-4055

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS) YES [ ] NO [X]

**a. INSURED'S DATE OF BIRTH** 02 14 1965   **SEX** M [ ] F [X]

**b. OTHER INSURED'S DATE OF BIRTH**   **SEX** M [ ] F [ ]

**b. AUTO ACCIDENT?** YES [X] NO [ ]   **PLACE (State)** VA

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** YES [ ] NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
BERMAN, SOBIN & GROSS

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES [ ] NO [X]  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE 02 16 2006

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

**14. DATE OF CURRENT:** 04 28 2005   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM   TO

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM   TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES [ ] NO [X]   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. 983 9   TOXIC EFFECT CA
2.
3.
4.

**22. MEDICAID RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY — To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS    MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 07 08 05 | 11 | 5 | 82947 | 1 | 20 00 | 1 | | | | |
| 07 08 05 | 11 | 5 | 85025 | 1 | 31 00 | 1 | | | | |
| 08 04 05 | 11 | 9 | 99070 00781884101 METHYLPHENID | 1 | 33 82 | 90 | | | | |
| | | | | | | | | | | |
| 10 31 05 | 11 | 9 | 99070 00781884101 METHYLPHENID | 1 | 33 82 | 90 | | | | |
| | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER** 520954463  SSN [ ] EIN [X]

**26. PATIENT'S ACCOUNT NO.** 604700005

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X] NO [ ]

**28. TOTAL CHARGE** $ 118 64

**29. AMOUNT PAID** $ 0 00

**30. BALANCE DUE** $ 118 64

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
MAGBUHOS, CELERINO M MD
SIGNED 02/16/2006 DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
KAISER SPRINGFIELD FAC
6501 LOISDALE COURT
SPRINGFIELD VA 22150

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #** 301 816-7145
KAISER PERMANENTE
P.O. BOX 64418
BALTIMORE MD 21264-4418
PIN#   GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
WHCFA-1500-N-90 (5/02)

**PLEASE PRINT OR TYPE**

FORM CMS-1500   (12-90)
FORM OWCP-1500
FORM RRB-1500

EXHIBIT

C

TOW
BERGMAN & SOBIN
481 N. FREDERICK AVENUE
SUITE 300
GAITHERSBURG MD 20877

CASE ID: 00125090030

# HEALTH INSURANCE CLAIM FORM

| | PICA | | | | PICA | |

**1.** MEDICARE ☐ (Medicare #)   MEDICAID ☐ (Medicaid #)   CHAMPUS ☐ (Sponsor's SSN)   CHAMPVA ☐ (VA File #)   GROUP HEALTH PLAN ☐ (SSN or ID)   FECA BLK LUNG ☐ (SSN)   OTHER ☒ (ID)

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
ATTORNEY

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
VENEY, GAIL

**3. PATIENT'S BIRTH DATE**
MM 02 DD 14 YY 1965    SEX M ☐ F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
VENEY, GAIL

**5. PATIENT'S ADDRESS** (No., Street)
8515 BOUND BROOK LN

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS** (No., Street)
8515 BOUND BROOK LN

CITY
ALEXANDRIA    STATE VA

**8. PATIENT STATUS**
Single ☒  Married ☐  Other ☐

CITY
ALEXANDRIA    STATE VA

ZIP CODE 22309    TELEPHONE (Include Area Code) (703) 799-8159

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE 22309    TELEPHONE (INCLUDE AREA CODE) (703) 541-4055

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)
YES ☐  NO ☒

**a. INSURED'S DATE OF BIRTH**
MM 02 DD 14 YY 1965    SEX M ☐ F ☒

**b. OTHER INSURED'S DATE OF BIRTH**
MM | DD | YY    SEX M ☐ F ☐

**b. AUTO ACCIDENT?**
YES ☒  NO ☐    PLACE (State) VA

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES ☐  NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
BERMAN, SOBIN & GROSS

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES ☐  NO ☒   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE    DATE 02 16 2006

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT:** MM 04 DD 28 YY 2005  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM | DD | YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM MM | DD | YY    TO MM | DD | YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM MM | DD | YY    TO MM | DD | YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**  YES ☐  NO ☒    $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 983.9   TOXIC EFFECT CA
3.
2.
4.

**22. MEDICAID RESUBMISSION**
CODE ___ ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 01 05 | | 11 | 9 | 99243 | | 1 | 164 00 | 1 | | | | |
| 2 | 06 03 05 | | 11 | F | 43200 | | 1 | 673 00 | 1 | | | | |
| 3 | 12 19 05 | | 11 | F | 31505 | | 1 | 271 00 | 1 | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER**
520954463    SSN ☐  EIN ☒

**26. PATIENT'S ACCOUNT NO.**
604700001

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES ☒  NO ☐

**28. TOTAL CHARGE**
$ 1108 00

**29. AMOUNT PAID**
$ 0 00

**30. BALANCE DUE**
$ 1108 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
NEAS, GREGORY MD
SIGNED 02/16/2006   DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
KAISER FALLS CHURCH FAC
201 N. WASHINGTON STREET
FALLS CHURCH VA 22046

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
KAISER PERMANENTE
P.O. BOX 64418
BALTIMORE MD 21264-4418
PIN#    GRP#

TUW
BERMAN, SOBIN & GROSS
481 N. FREDERICK AVENUE
SUITE 300
GAITHERSBURG MD 20877

APPROVED OMB-0938-0008

| | | PICA | | CASE ID: 00125090030 | HEALTH INSURANCE CLAIM FORM | | PICA | | |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
| (Medicare#) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | ATTORNEY | |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
VENEY, GAIL

**3. PATIENT'S BIRTH DATE**  MM 02  DD 14  YY 1965    SEX  M  F X

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
VENEY, GAIL

**5. PATIENT'S ADDRESS (No., Street)**
8515 BOUND BROOK LN

**6. PATIENT RELATIONSHIP TO INSURED**
Self X  Spouse  Child  Other

**7. INSURED'S ADDRESS (No., Street)**
8515 BOUND BROOK LN

CITY
ALEXANDRIA
STATE VA

**8. PATIENT STATUS**
Single X  Married  Other

CITY
ALEXANDRIA
STATE VA

ZIP CODE 22309
TELEPHONE (Include Area Code) (703) 799-8159

Employed  Full-Time Student  Part-Time Student

ZIP CODE 22309
TELEPHONE (INCLUDE AREA CODE) (703) 541-4055

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)**
YES  X NO

**a. INSURED'S DATE OF BIRTH**  MM 02  DD 14  YY 1965  M    SEX  F X

**b. OTHER INSURED'S DATE OF BIRTH**  MM  DD  YY  M  F

**b. AUTO ACCIDENT?**  PLACE (State)
X YES  NO  VA

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES  X NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
BERMAN, SOBIN & GROSS

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES  NO  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  02 16 2006

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT:**  MM 04  DD 28  YY 2005  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE**  MM  DD  YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**  FROM  MM  DD  YY  TO  MM  DD  YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**  FROM  MM  DD  YY  TO  MM  DD  YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**  YES  X NO    $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 983 9  TOXIC EFFECT CA
2. 784 49  VOICE DISTURBAN
3. 
4. 

**22. MEDICAID RESUBMISSION CODE**    ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 27 05 | | 11 | 9 | 99214 | | 1 | 107 00 | 1 | | | | |
| 2 | 06 28 05 | | 24 | F | 43235 | | 21 | 673 00 | 1 | | | | |
| 3 | 06 28 05 | | 24 | F | 43235 | SG | 21 | 595 00 | 1 | | | | |
| 4 | 06 28 05 | | 24 | 7 | 99141 | | 2 | 136 00 | 1 | | | | |
| 5 | 06 28 05 | | 24 | 9 | J2250 | | 21 | 20 00 | 5 | | | | |
| 6 | 06 28 05 | | 24 | 9 | J3010 | | 21 | 3 00 | 1 | | | | |

**25. FEDERAL TAX I.D. NUMBER**  520954463  SSN  EIN X

**26. PATIENT'S ACCOUNT NO.**  604700029

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)  YES  NO

**28. TOTAL CHARGE**  $ 1534 00

**29. AMOUNT PAID**  $ 0 00

**30. BALANCE DUE**  $ 1534 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SWANSIGER, BRIAN J MD
SIGNED  02/16/2006  DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)**
KAISER FALLS CHURCH FAC
201 N. WASHINGTON STREET
FALLS CHURCH VA 22046

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
KAISER PERMANENTE
P.O. BOX 64418
BALTIMORE MD 21264-4418

PIN#    GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
WHCFA-1500-N-90 (5/02)

**PLEASE PRINT OR TYPE**

FORM CMS-1500    (12-90)
FORM OWCP-1500    FORM RRB-1500

# MEDICAL FACULTY ASSOCIATES
## THE GEORGE WASHINGTON UNIVERSITY

Steven Bielamowicz, M.D.
Professor and Chief
Director, Voice Treatment Center
202-741-3260

David A. Schessel, Ph.D., M.D.
Associate Professor
Director, Neurotology
202-741-3256

Nader Sadeghi, M.D.
Assistant Professor
Director, Head and Neck Surgery
202-741-3254

Alpen Patel, M.D.
Assistant Professor
Rhinology & Allergy
202-741-3254

Pamela Kearney, M.D.
Assistant Professor
General Otolaryngology
202-741-3260

George Zalzal, M.D.
Professor
Director, Pediatric Otolaryngology
202-884-2159

Sukgi Choi, M.D.
Associate Professor
Pediatric Otolaryngology
202-884-2159

Marie Pena, M.D.
Assistant Professor
Pediatric Otolaryngology
202-884-2159

Susan Pearson, M.D.
Assistant Professor
Pediatric Otolaryngology
202-884-2159

Sheila Stager, Ph.D.
Voice Scientist
Director of Research
202-741-3260

Susan Miller, Ph.D.
Voice Pathologist
202-741-3260

Scott Stone, R.N.
Director of Nursing Services
202-741-3260

September 28, 2005

Gregory Neas, M.D.
Kaiser Permanente
201 N. Washington Street
Falls Church, VA 22046

RE: Gail Veney
MR#: 3438128

Dear Dr. Neas:

Thank you for referring Gail Veney to me. She is seen today after a suspension microlaryngoscopy and excision of a mucous retention cyst. The patient's voice is now normal. She has no evidence of recurrent cyst and has symmetrical vocal fold vibration with complete glottic closure. She may return to your care.

Again, thank you for allowing me to participate in her care.

Sincerely,

Steven A. Bielamowicz, M.D.
Professor of Surgery
Chief, Division of Otolaryngology/
        Head and Neck Surgery

SAB:gin



EXHIBIT