IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GAIL VENEY,<br>8515 Bound Brook Lane<br>Alexandria, Virginia 22309<br><br>   Plaintiff,<br><br>   v.<br><br>STARBUCKS COFFEE COMPANY<br>2401 Utah Avenue South<br>Seattle, Washington 98134<br><br><br>Serve: The Prentice Hall Corporation<br>   System<br>   1090 Vermont Avenue, N.W.<br>   Washington, D.C. 20005<br><br>   Defendant. | Civil Action No. 1:07cv00875<br>Hon. Ricardo M. Urbina |

**DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO TRANSFER VENUE**

COMES NOW, Defendant Starbucks Corporation, (hereinafter referred to as "Defendant") by and through their attorneys BONNER KIERNAN TREBACH & CROCIATA, LLP, and in reply to Plaintiff's Opposition to Defendant's Motion to Transfer Venue states as follows:

**I. Introduction**

In the instant action, Plaintiff alleges to have sustained injury to her tongue, throat and vocal cords due to the Defendant's negligence. Even though the cause of action arose in the Commonwealth of Virginia and Plaintiff is a resident of the Commonwealth of Virginia, the suit was filed in the District of Columbia. Contrary to Plaintiff's presumption that Defendant could have sought to move to dismiss for lack of jurisdiction in the District of Columbia, Defendant

does in fact conduct business in the District of Columbia and thus the District of Columbia would have jurisdiction. Therefore, pursuant to 28 U.S.C. § 1441, Defendant removed the case from the Superior Court for the District of Columbia to this Court on the basis of diversity jurisdiction, and then filed its motion to transfer pursuant to 28 U.S.C. § 1404.[1]

## II.     Choice of Venue

Plaintiff's argument that transferring venue to the United States District Court for the Eastern District of Virginia is not proper because Plaintiff works in the District of Columbia and spends a substantial amount of time there is irrelevant. The same argument can be made that she resides in Virginia and therefore spends a substantial amount of time there as well. Further, since Plaintiff is a resident of Virginia, Virginia has greater interest in this matter than the District of Columbia.

As agreed by both sides, once the Court determines that the case could have been brought in the forum suggested by the Defendant, "the most critical factor to examine under 28 U.S.C. § 1404 (a) is the convenience of the witnesses." *Chung v. Chrysler Corp.,* 903 F.Supp. 160, 164 (D.C. Cir. 1995). In the instant case, Defendant does not dispute Plaintiff's contention that in addition to fact witnesses, medical experts will also be key witnesses. Apparently, only <u>one</u> medical expert, Dr. Steven Bielomowicz, works in the District. All the other physicians who treated Plaintiff, of which there are at least four, work in Virginia (See Motion to Transfer Exhibits A, B, and C). Moreover, all the fact witnesses in this case reside in Virginia.

Defendant does not dispute this Court's 100-mile subpoena power pursuant to Federal Rule 45(b)(2). However, the fact that the witnesses can be subpoenaed to the District of

---

[1] Defendant Starbucks Corporation is incorporated in the state of Washington. Contrary to Plaintiff's counsel's assertion that counsel for Defendant did not contact him to obtain consent to the motion, counsel for Defendant attempted to reach Plaintiff's counsel by telephone and e-mail to obtain consent to the motion. In the voicemail message Defendant's counsel believes she stipulated that if she did not hear back from Plaintiff's counsel by a certain date, she would presume he did not consent to the motion and she would file motion denoting the same.

Columbia does not make it a more <u>convenient</u> forum for them. It should be noted that the 100 mile radius of the subpoena power applies in the Eastern District of Virginia and thus Plaintiff can subpoena Dr. Steven Bielomowicz to appear at trial in that forum.

Finally, Plaintiff cites the case *Schleier v. Kaiser Foundation Health Plan of the Mid-Atlantic States*, 876 F.2d 174(D.C. Cir. 1989) as being on point. In this case the United States District of Columbia Circuit Court of Appeals considered whether the district judge abused his discretion when he refused to transfer this case to the United States District Court for the Eastern District of Virginia. The Court of Appeals in *Schleier* merely held that the district court judge was within his discretion not to transfer the case. However, the instant case is distinguished from *Schleier* because in *Schleier*, the appellant (Kaiser Foundation Health Plan of the Mid-Atlantic States) was incorporated and had its principal place of business in the District of Columbia. In the instant case, Defendant is not incorporated in the District of Columbia nor is its principal place of business in the District of Columbia. Therefore, the interest of the District of Columbia in this matter is not as strong as it was in the *Schleier* case.

### III.   Conclusion

Defendant contends that the Plaintiff's selection of the District of Columbia as the forum for this action is a classic example of forum shopping. Based on the foregoing, Defendant respectfully asks this Court to recognize the "diminished consideration accorded to a plaintiff's choice of forum where…that forum has no meaningful ties to the controversy and no particular interest in the parties or the subject matter." *Chung* at 165. Accordingly, Defendant respectfully request this Court grant its motion to transfer venue to the United States District Court for the Eastern District of Virginia.

DATED: October 15, 2007

       Respectfully submitted,

       **BONNER KIERNAN TREBACH & CROCIATA, LLP**


       /s/ Christopher E. Hassell
       Christopher E. Hassell, Esquire, #291641
       Angela D. Greene – Admitted in Maryland only. District of Columbia case handled under the direct supervision of an active member of the District of Columbia Bar.
       1233 20th Street, NW, Suite 800
       Washington, DC 20036
       (202) 712-7000

       chassell@bktc.net

       Counsel for Defendant Starbucks Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2007, a copy of the foregoing Defendant's Reply to Plaintiff's Motion in Opposition of Defendant's Motion to Transfer Venue was mailed first class, postage prepaid to:

Michael H. Feldman, Esquire
David Galinis, Esquire
Berman, Sobin & Gross, LLP
481 N. Frederick Avenue, #300
Gaithersburg, MD 20877

/s/ Christopher E. Hassell
Christopher E. Hassell

ALL PATIENTS: PLEASE COMPLETE THIS INFORMATION SHEET AND RETURN TO THE REGISTRATION CLERK. THE TRIAGE NURSE WILL CALL YOU SHORTLY. THANK YOU.

Case 1:07-cv-00875-RMC   Document 9-2   Filed 10/15/2007   Page 1 of 3

| Patient's Last Name | First | Middle | Time of Arrival: 8:34 |
|---|---|---|---|
| Viney | Gail | | Date of Birth: 3-14-65  40 yr |
| Street: 8515 Bound Brook | | Apt. No. | Phone: 703 799-8159 |
| City: Alixandria | State: VA | Zip Code: 22309 | Social Security Number: 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 |

Allergies: n/a

Medications: Ritalin

Last Tetanus:

Private Physician: Kaiser Permanente - Dr. Magbuhos

Medical Problem Today: ~~registered with~~ Accidently drank Urnex - chemical

When did the problem begin? 745-750 pm - at Starbucks - Beacon Mall

---

PACIENTES: POR FAVOR COMPLETE ESTA HOJA DE INFORMACIÓN POR FAVOR ESCRIBA PROBLEMS EN INGLES Y DEVUELVALA A LA/EL SECRETARIA/O. LA ENFERMERA/O LO LLAMARA PRONTO. MUCHAS GRACIAS.

| Appellido del Paciente | Primer Nombre | Segundo Nombre | Hora que llego aqui: |
|---|---|---|---|
| | | | Fecha de Nacimiento: |
| Calle | | Apt. No. | Teléfono: |
| Ciudad | Estado | Zip Code | Número Seguridad Social: |

Alergias:

Medicinas:

Último tétano:

Su Médico:

Problema de hoy?

Cuando le empiezo el problema?

Time: _____  Triage Nurse: _____ R.N.

Acuity: ☐ Emergent  ☐ Urgent  ☐ Non-Urgent

PATIENT IDENTIFICATION

INOVA MOUNT VERNON HOSPITAL
PATIENT REGISTRATION
**INFORMATION SHEET**
CAT #99650 / R4-99 • PKGS OF 250

EXHIBIT A

| | Patient Information | Treating Provider | Discharge Instructions |
|---|---|---|---|
| **INOVA HEALTH SYSTEM**<br>Inova Mount Vernon Hospital<br>2501 Parkers Lane Alexandria, Va. 22306 | veney, g<br><br>Phone: | Henry Cho MD<br>2501 Parkers Ln Alexandria, Va. 22306<br><br>Phone: 703-C64 7111 | Date: 4/28/C5   Time: 9:51:08 PM<br>**Patient Copy**<br>Page: 1 of 1 |

**Patient Discharge Instructions**            Document: 557      Last Update: 05/02/2002

## NONTOXIC INGESTION - ACCIDENTAL

You have been evaluated and treated for taking too much of a medicine or swallowing a chemical product. There is no sign of toxic effect at this time. It is very unlikely that any new symptoms will appear. As a safeguard, you must be alert for symptoms during the next 24 hours (see below). The exact symptom will depend on the type of drug or chemical that was swallowed.

**Follow These Instructions Carefully:**
1. If **Ipecac** was given to empty the stomach, there may be continued nausea and possibly additional episodes of vomiting over the next few hours. Give only clear liquids for the next 6 hours, and then gradually increase the diet as tolerated.
2. If **liquid charcoal** has given to neutralize the overdose, this may cause nausea and vomiting over the next few hours. It will also cause a black color to the stools for 1 to 2 days. Usually, a laxative is given with charcoal to speed the removal of any toxins from the intestinal tract. This may cause diarrhea for up to 24 hours. If no laxative was given, there may be a tendency toward constipation. If this occurs, you may take an over the counter laxative such as Dulcolax pills or suppository to treat this problem.

**Follow up** with your doctor or this facility as advised by our staff if all symptoms do not resolve within 24 hours or if constipation is not relieved by one or two doses of laxatives.

**Return to this facility immediately** or contact your doctor if you begin to have any of the following:
- You develop a return or worsening of your original symptoms.
- You develop excess drowsiness or inability to be awakened.
- You have a rapid heartbeat, shakiness or seizure.
- Breathing over 25 breaths/minute or less than 8 breaths/minute, shortness of breath.
- Fever over 100 (oral).
- Repeated vomiting or diarrhea.
- Blood in stools or vomit (black or red color).
- Chest or abdominal pain.
- Dizziness, weakness or fainting.

**Discharge Instructions Special Notes**

I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment. EKG"s, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.

| | Patient Information | Treating Provider | Discharge Summary |
|---|---|---|---|
| INOVA HEALTH SYSTEM<br>Inova Mount Vernon Hospital<br>2501 Parkers Lane  Alexandria, Va. 22306 | veney, g | Henry Cho MD<br>2501 Parkers Ln  Alexandria, Va. 22306<br><br>Phone: 703-664-7111 | Date: 4/28/05  Time: 9:51:09 PM<br><br>**Patient Copy** |

**1) Your Discharge Instructions:**
NONTOXIC INGESTION, ACCIDENTAL #Document: 557 (English)

**2) Your Prescriptions:**

**3) You should Follow Up with:**

| Follow Up Physician: | Follow Up Information |
|---|---|
| YOUR REGULAR PHYSICIAN,<br><br>Phone:<br>Fax: | On 04/28/2005 this patient was treated in the Emergency Department of Inova Mount Vernon Hospital at 2501 Parkers Lane  Alexandria, Va. 22306 for NONTOXIC INGESTION, ACCIDENTAL.  The patient was asked to follow up 2 Days. |

I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment.  I acknowledge that I have been instructed to contact the above physician immediately for continued and complete medical diagnosis, care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.  I also understand that my signature authorizes this Medical Center to release all or any part of my medical record (including, if applicable, information pertaining to AIDS and/or HIV testing, mental health records, and drug and/or alcohol treatment) to the referred physician listed above.

EXHIBIT B

BERMAN, SOBIN & ___
481 N. FREDERICK ___
SUITE 300
GAITHERSBURG MD 20877

4448

CASE ID: 00125090030

# HEALTH INSURANCE CLAIM FORM

PICA

1. MEDICARE / MEDICAID / CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] (ID)
1a. INSURED'S I.D. NUMBER: ATTORNEY

2. PATIENT'S NAME: VENEY, GAIL
3. PATIENT'S BIRTH DATE: 02 14 1965   SEX: F [X]
4. INSURED'S NAME: VENEY, GAIL

5. PATIENT'S ADDRESS: 8515 BOUND BROOK LN
   CITY: ALEXANDRIA   STATE: VA
   ZIP CODE: 22309   TELEPHONE: (703) 799-8159

6. PATIENT RELATIONSHIP TO INSURED: Self [X]
8. PATIENT STATUS: Single [X]

7. INSURED'S ADDRESS: 8515 BOUND BROOK LN
   CITY: ALEXANDRIA   STATE: VA
   ZIP CODE: 22309   TELEPHONE: (703) 541-4055

10. IS PATIENT'S CONDITION RELATED TO:
    a. EMPLOYMENT? NO [X]
    b. AUTO ACCIDENT? YES [X]   PLACE: VA
    c. OTHER ACCIDENT? NO [X]

11. INSURED'S POLICY GROUP OR FECA NUMBER:
    a. INSURED'S DATE OF BIRTH: 02 14 1965   SEX: F [X]
    c. INSURANCE PLAN NAME OR PROGRAM NAME: BERMAN, SOBIN & GROSS
    d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
    SIGNED: SIGNATURE ON FILE   DATE: 02 20 2006
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
    SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT: 04 28 2005   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

20. OUTSIDE LAB? NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
    1. 983.9 TOXIC EFFECT CA
    2. E864.3 ACC POISON-CAUS
    3. E849.3 ACC ON INDUS

24. 
| DATE(S) OF SERVICE From | Place of Service | Type of Service | CPT/HCPCS | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS |
|---|---|---|---|---|---|---|
| 04 29 05 | 11 | 9 | 99213 | 123 | 74 00 | 1 |
| 05 16 05 | 11 | 9 | 99213 | 1 | 74 00 | 1 |

25. FEDERAL TAX I.D. NUMBER: 520954463   EIN [X]
26. PATIENT'S ACCOUNT NO.: 604700005
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 148 00
29. AMOUNT PAID: $ 0 00
30. BALANCE DUE: $ 148 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: MAGBUHOS, CELERINO M MD
    SIGNED 02/20/2006

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED:
    KAISER SPRINGFIELD FAC
    6501 LOISDALE COURT
    SPRINGFIELD VA 22150

33. PHYSICIAN'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #:
    KAISER PERMANENTE
    P.O. BOX 64418
    BALTIMORE MD 21264-4418

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   WHCFA-1500-N-90 (5/02)   PLEASE PRINT OR TYPE   FORM CMS-1500 (12-90)   FORM OWCP-1500   FORM RRB-1500

BERMAN, SOBIN & G[ROSS]
481 N. FREDERICK AVE
SUITE 300
GAITHERSBURG MD 20877

4448

# HEALTH INSURANCE CLAIM FORM

CASE ID: 00125090030

| | | | | | | |
|---|---|---|---|---|---|---|
| PICA | | | | | | PICA |

1. MEDICARE ☐ (Medicare#)   MEDICAID ☐ (Medicaid #)   CHAMPUS ☐ (Sponsor's SSN)   CHAMPVA ☐ (VA File #)   GROUP HEALTH PLAN ☐ (SSN or ID)   FECA BLK LUNG ☐ (SSN)   OTHER ☒ (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
ATTORNEY

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
VENEY, GAIL

3. PATIENT'S BIRTH DATE: 02 14 1965   SEX: F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
VENEY, GAIL

5. PATIENT'S ADDRESS (No., Street)
8515 BOUND BROOK LN

6. PATIENT RELATIONSHIP TO INSURED
Self ☒   Spouse ☐   Child ☐   Other ☐

7. INSURED'S ADDRESS (No., Street)
8515 BOUND BROOK LN

CITY: ALEXANDRIA   STATE: VA

8. PATIENT STATUS
Single ☒   Married ☐   Other ☐
Employed ☐   Full-Time Student ☐   Part-Time Student ☐

CITY: ALEXANDRIA   STATE: VA

ZIP CODE: 22309   TELEPHONE: (703) 799-8159

ZIP CODE: 22309   TELEPHONE: (703) 541-4055

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☐   NO ☒

a. INSURED'S DATE OF BIRTH: 02 14 1965   SEX: M ☐ F ☒

b. OTHER INSURED'S DATE OF BIRTH   SEX: M ☐ F ☐

b. AUTO ACCIDENT?   PLACE (State): VA
YES ☒   NO ☐

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐   NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
BERMAN, SOBIN & GROSS

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐   NO ☒

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 02 17 2006

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP): 04 28 2005

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE:

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM: | TO:

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM: | TO:

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES ☐   NO ☒

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 983.9  TOXIC EFFECT CA
2.
3.
4.

22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

24.
| A. DATE(S) OF SERVICE From MM DD YY - To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 16 05 | 11 | 9 | 99070 | | 1 | 33 82 | 90 | | | | |
| | | | 0040611220 METHYLIN | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER: 520954463   SSN ☐   EIN ☒

26. PATIENT'S ACCOUNT NO.: 604700005

27. ACCEPT ASSIGNMENT? YES ☒   NO ☐

28. TOTAL CHARGE: $ 33 82
29. AMOUNT PAID: $ 0 00
30. BALANCE DUE: $ 33 82

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
MAGBUHOS, CELERINO M MD
SIGNED: 02/17/2006

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED
KAISER SPRINGFIELD FAC
6501 LOISDALE COURT
SPRINGFIELD VA 22150

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #: 301-816-7046
KAISER PERMANENTE
P.O. BOX 64418
BALTIMORE MD 21264-4418
PIN# | GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
WHCFA-1500-N-90 (5/02)

PLEASE PRINT OR TYPE

FORM CMS-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

481 N. FREDERICK AVENUE
SUITE 500
GAITHERSBURG MD 20877

CASE ID: 00125090030

# HEALTH INSURANCE CLAIM FORM

| | | |
|---|---|---|
| PICA | | PICA |

**1. MEDICARE / MEDICAID / CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER:** X (ID)

**1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1):** ATTORNEY

**2. PATIENT'S NAME:** VENEY, GAIL

**3. PATIENT'S BIRTH DATE:** 02 14 1965  **SEX:** F X

**4. INSURED'S NAME:** VENEY, GAIL

**5. PATIENT'S ADDRESS:** 8515 BOUND BROOK LN

**6. PATIENT RELATIONSHIP TO INSURED:** Self X

**7. INSURED'S ADDRESS:** 8515 BOUND BROOK LN

**CITY:** ALEXANDRIA  **STATE:** VA

**8. PATIENT STATUS:** Single X

**CITY:** ALEXANDRIA  **STATE:** VA

**ZIP CODE:** 22309  **TELEPHONE:** (703) 799-8159

**ZIP CODE:** 22309  **TELEPHONE:** (703) 541-4055

**10. IS PATIENT'S CONDITION RELATED TO:**
- a. EMPLOYMENT? NO X
- b. AUTO ACCIDENT? YES X  PLACE: VA
- c. OTHER ACCIDENT? NO X

**11. INSURED'S POLICY GROUP OR FECA NUMBER:**

**a. INSURED'S DATE OF BIRTH:** 02 14 1965  SEX: F X

**c. INSURANCE PLAN NAME OR PROGRAM NAME:** BERMAN, SOBIN & GROSS

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** NO X

**12. PATIENT'S SIGNATURE:** SIGNATURE ON FILE  **DATE:** 02 16 2006

**13. INSURED'S SIGNATURE:** SIGNATURE ON FILE

**14. DATE OF CURRENT:** 04 28 2005 (ILLNESS/INJURY)

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:**
1. 983.9 TOXIC EFFECT CA

**24. Services:**

| DATE(S) OF SERVICE | Place of Service | Type of Service | CPT/HCPCS | DIAGNOSIS CODE | $ CHARGES | DAYS/UNITS |
|---|---|---|---|---|---|---|
| 07 08 05 | 11 | 5 | 84520 | 1 | 19 00 | 1 |
| 07 08 05 | 11 | 5 | 82565 | 1 | 20 00 | 1 |
| 07 08 05 | 11 | 5 | 82728 | 1 | 58 00 | 1 |
| 07 08 05 | 11 | 5 | 83550 | 1 | 25 00 | 1 |
| 07 08 05 | 11 | 5 | 83540 | 1 | 19 00 | 1 |
| 07 08 05 | 11 | 5 | 84443 | 1 | 61 00 | 1 |

**25. FEDERAL TAX I.D. NUMBER:** 520954463  EIN X

**26. PATIENT'S ACCOUNT NO.:** 604700005

**27. ACCEPT ASSIGNMENT?:** YES X

**28. TOTAL CHARGE:** $ 202 00

**29. AMOUNT PAID:** $ 0 00

**30. BALANCE DUE:** $ 202 00

**31. SIGNATURE OF PHYSICIAN:** MAGBUHOS, CELERINO M MD  **DATE:** 02/16/2006

**32. NAME AND ADDRESS OF FACILITY:**
KAISER SPRINGFIELD FAC
6501 LOISDALE COURT
SPRINGFIELD VA 22150

**33. PHYSICIAN'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #:**
KAISER PERMANENTE
P.O. BOX 64418
BALTIMORE MD 21264-4418

FORM CMS-1500 (12-90)
FORM OWCP-1500
FORM RRB-1500

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
WHCFA-1500-N-90 (5/02)

PLEASE PRINT OR TYPE

BERMAN, SOBIN & GROSS
481 N. FREDERICK AVENUE
SUITE 300
GAITHERSBURG MD 20877

# HEALTH INSURANCE CLAIM FORM

CASE ID: 00125090030

| | |
|---|---|
| PICA | PICA |

**1.** MEDICARE ☐ MEDICAID ☐ CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☒ (ID)
**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1): ATTORNEY

**2. PATIENT'S NAME:** VENEY, GAIL
**3. PATIENT'S BIRTH DATE:** 02 14 1965   SEX: M ☐ F ☒
**4. INSURED'S NAME:** VENEY, GAIL

**5. PATIENT'S ADDRESS:** 8515 BOUND BROOK LN
**6. PATIENT RELATIONSHIP TO INSURED:** Self ☒
**7. INSURED'S ADDRESS:** 8515 BOUND BROOK LN

**CITY:** ALEXANDRIA   **STATE:** VA
**8. PATIENT STATUS:** Single ☒
**CITY:** ALEXANDRIA   **STATE:** VA

**ZIP CODE:** 22309   **TELEPHONE:** (703) 799-8159
**ZIP CODE:** 22309   **TELEPHONE:** (703) 541-4055

**10. IS PATIENT'S CONDITION RELATED TO:**
a. EMPLOYMENT? ☐ YES ☒ NO
b. AUTO ACCIDENT? ☒ YES ☐ NO  PLACE: VA
c. OTHER ACCIDENT? ☐ YES ☒ NO

**11. INSURED'S POLICY GROUP OR FECA NUMBER:**
a. INSURED'S DATE OF BIRTH: 02 14 1965   SEX: F ☒
c. INSURANCE PLAN NAME OR PROGRAM NAME: BERMAN, SOBIN & GROSS
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO

**12. PATIENT'S SIGNATURE:** SIGNATURE ON FILE   DATE: 02 16 2006
**13. INSURED'S SIGNATURE:** SIGNATURE ON FILE

**14. DATE OF CURRENT:** 04 28 2005  ILLNESS/INJURY/PREGNANCY

**20. OUTSIDE LAB?** ☐ YES ☒ NO

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:**
1. 983.9   TOXIC EFFECT CA

### 24. Services

| A. DATE(S) OF SERVICE From | B. Place of Service | C. Type of Service | D. PROCEDURES (CPT/HCPCS) | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS |
|---|---|---|---|---|---|---|
| 05 26 05 | 11 | 9 | 99070 | 1 | 39 41 | 60 |
| | | | 62175011832 PRILOSEC | | | |
| 06 06 05 | 11 | 9 | 99070 | 1 | 33 82 | 90 |
| | | | 0040611201 METHYLIN | | | |
| 07 08 05 | 11 | 5 | 84460 | 1 | 19 00 | 1 |
| 07 08 05 | 11 | F | 36415 | 1 | 15 00 | 1 |

**25. FEDERAL TAX I.D. NUMBER:** 520954463   EIN ☒
**26. PATIENT'S ACCOUNT NO.:** 604700005
**27. ACCEPT ASSIGNMENT?** ☒ YES
**28. TOTAL CHARGE:** $ 107.23
**29. AMOUNT PAID:** $ 0.00
**30. BALANCE DUE:** $ 107.23

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER:** MAGBUHOS, CELERINO M MD   SIGNED 02/16/2006

**32. NAME AND ADDRESS OF FACILITY:**
KAISER SPRINGFIELD FAC
6501 LOISDALE COURT
SPRINGFIELD VA 22150

**33. PHYSICIAN'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #:** 301-818-7140
KAISER PERMANENTE
P.O. BOX 64418
BALTIMORE MD 21264-4418

FORM CMS-1500 (12-90)
FORM OWCP-1500
FORM RRB-1500

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
WHCFA-1500-N-90 (5/02)

PLEASE PRINT OR TYPE

BERMAN, SOBIN & GROSS
481 N. FREDERICK AVE.
SUITE 300
GAITHERSBURG MD 20877

**HEALTH INSURANCE CLAIM FORM**

CASE ID: 00125090030

| | |
|---|---|
| 1. MEDICARE / MEDICAID / CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER: ATTORNEY (FOR PROGRAM IN ITEM 1) |
| 2. PATIENT'S NAME: VENEY, GAIL | 3. PATIENT'S BIRTH DATE: 02 14 1965  SEX: F [X] |
| | 4. INSURED'S NAME: VENEY, GAIL |
| 5. PATIENT'S ADDRESS: 8515 BOUND BROOK LN | 6. PATIENT RELATIONSHIP TO INSURED: Self [X] |
| | 7. INSURED'S ADDRESS: 8515 BOUND BROOK LN |
| CITY: ALEXANDRIA  STATE: VA | 8. PATIENT STATUS: Single [X] |
| | CITY: ALEXANDRIA  STATE: VA |
| ZIP CODE: 22309  TELEPHONE: (703) 799-8159 | ZIP CODE: 22309  TELEPHONE: (703) 541-4055 |
| 9. OTHER INSURED'S NAME | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? YES [ ] NO [X] | a. INSURED'S DATE OF BIRTH: 02 14 1965  SEX: F [X] |
| b. OTHER INSURED'S DATE OF BIRTH | b. AUTO ACCIDENT? YES [X] NO [ ]  PLACE: VA | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES [ ] NO [X] | c. INSURANCE PLAN NAME OR PROGRAM NAME: BERMAN, SOBIN & GROSS |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X] |

12. PATIENT'S SIGNATURE: SIGNATURE ON FILE   DATE: 02 16 2006
13. INSURED'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT: 04 28 2005 ILLNESS (First symptom)
17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
20. OUTSIDE LAB? NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 983.9   TOXIC EFFECT CA

| 24. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS |
|---|---|---|---|---|---|---|---|---|
| 07 08 05 | | 11 | 5 | 82947 | | 1 | 20 00 | 1 |
| 07 08 05 | | 11 | 5 | 85025 | | 1 | 31 00 | 1 |
| 08 04 05 | | 11 | 9 | 99070 | | 1 | 33 82 | 90 |
| | | | | 00781884101 METHYLPHENID | | | | |
| 10 31 05 | | 11 | 9 | 99070 | | 1 | 33 82 | 90 |
| | | | | 00781884101 METHYLPHENID | | | | |

25. FEDERAL TAX I.D. NUMBER: 520954463  EIN [X]
26. PATIENT'S ACCOUNT NO.: 604700005
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $118 64
29. AMOUNT PAID: $0 00
30. BALANCE DUE: $118 64

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
MAGBUHOS, CELERINO M  MD
SIGNED: 02/16/2006

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED:
KAISER SPRINGFIELD FAC
6501 LOISDALE COURT
SPRINGFIELD VA 22150

33. PHYSICIAN'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #:
KAISER PERMANENTE
P.O. BOX 64418
BALTIMORE MD 21264-4418

FORM CMS-1500 (12-90)
(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
WHCFA-1500-N-90 (5/02)
PLEASE PRINT OR TYPE
FORM OWCP-1500   FORM RRB-1500

EXHIBIT C

BERMAN, SOBIN & GROSS
481 N. FREDERICK
SUITE 300
GAITHERSBURG MD 20877

## HEALTH INSURANCE CLAIM FORM

CASE ID: 00125090030

| Field | Value |
|---|---|
| 1. Program | OTHER (X) — ID |
| 1a. INSURED'S I.D. NUMBER | ATTORNEY |
| 2. PATIENT'S NAME | VENEY, GAIL |
| 3. PATIENT'S BIRTH DATE / SEX | 02 14 1965 / F |
| 4. INSURED'S NAME | VENEY, GAIL |
| 5. PATIENT'S ADDRESS | 8515 BOUND BROOK LN, ALEXANDRIA, VA 22309 |
| Telephone | (703) 799-8159 |
| 6. PATIENT RELATIONSHIP TO INSURED | Self (X) |
| 7. INSURED'S ADDRESS | 8515 BOUND BROOK LN, ALEXANDRIA, VA 22309 |
| Telephone | (703) 541-4055 |
| 8. PATIENT STATUS | Single (X) |
| 10a. EMPLOYMENT? | NO |
| 10b. AUTO ACCIDENT? | YES — PLACE: VA |
| 10c. OTHER ACCIDENT? | NO |
| 11a. INSURED'S DATE OF BIRTH / SEX | 02 14 1965 / F |
| 11c. INSURANCE PLAN NAME OR PROGRAM NAME | BERMAN, SOBIN & GROSS |
| 11d. IS THERE ANOTHER HEALTH BENEFIT PLAN? | NO |
| 12. SIGNED | SIGNATURE ON FILE   DATE 02 16 2006 |
| 13. SIGNED | SIGNATURE ON FILE |
| 14. DATE OF CURRENT ILLNESS/INJURY | 04 28 2005 |
| 20. OUTSIDE LAB? | NO |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 983.9   TOXIC EFFECT CA

| 24. DATE(S) OF SERVICE | Place of Service | Type of Service | CPT/HCPCS | Diagnosis Code | $ CHARGES | DAYS OR UNITS |
|---|---|---|---|---|---|---|
| 06 01 05 | 11 | 9 | 99243 | 1 | 164 00 | 1 |
| 06 03 05 | 11 | F | 43200 | 1 | 673 00 | |
| 12 19 05 | 11 | F | 31505 | 1 | 271 00 | 1 |

| 25. FEDERAL TAX I.D. NUMBER | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 520954463  EIN (X) | 604700001 | YES (X) | $1108 00 | $0 00 | $1108 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
NEAS, GREGORY MD
SIGNED 02/16/2006

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED
KAISER FALLS CHURCH FAC
201 N. WASHINGTON STREET
FALLS CHURCH VA 22046

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
301-816-7140
KAISER PERMANENTE
P.O. BOX 64418
BALTIMORE MD 21264-4418

FORM CMS-1500 (12-90)
FORM OWCP-1500
FORM RRB-1500
(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
WHCFA-1500-N-90 (5/02)
PLEASE PRINT OR TYPE

BERMAN, SOBIN & G...
481 N. FREDERICK AVENUE
SUITE 300
GAITHERSBURG MD 20877

# HEALTH INSURANCE CLAIM FORM

**CASE ID: 00125090030**

| | |
|---|---|
| 1. MEDICARE / MEDICAID / CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] | 1a. INSURED'S I.D. NUMBER: **ATTORNEY** |
| 2. PATIENT'S NAME: **VENEY, GAIL** | 3. PATIENT'S BIRTH DATE: **02 14 1965**  SEX: F [X] |
| | 4. INSURED'S NAME: **VENEY, GAIL** |
| 5. PATIENT'S ADDRESS: **8515 BOUND BROOK LN** | 6. PATIENT RELATIONSHIP TO INSURED: Self [X] |
| | 7. INSURED'S ADDRESS: **8515 BOUND BROOK LN** |
| CITY: **ALEXANDRIA**   STATE: **VA** | 8. PATIENT STATUS: Single [X] |
| | CITY: **ALEXANDRIA**   STATE: **VA** |
| ZIP CODE: **22309**   TELEPHONE: **(703) 799-8159** | | ZIP CODE: **22309**   TELEPHONE: **(703) 541-4055** |
| 9. OTHER INSURED'S NAME: | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER: |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER: | a. EMPLOYMENT? NO [X] | a. INSURED'S DATE OF BIRTH: **02 14 1965**  SEX: F [X] |
| b. OTHER INSURED'S DATE OF BIRTH: | b. AUTO ACCIDENT? YES [X]  PLACE: **VA** | b. EMPLOYER'S NAME OR SCHOOL NAME: |
| c. EMPLOYER'S NAME OR SCHOOL NAME: | c. OTHER ACCIDENT? NO [X] | c. INSURANCE PLAN NAME: **BERMAN, SOBIN & GROSS** |
| d. INSURANCE PLAN NAME OR PROGRAM NAME: | 10d. RESERVED FOR LOCAL USE: | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X] |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: **SIGNATURE ON FILE**   DATE: **02 16 2006**
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: **SIGNATURE ON FILE**

14. DATE OF CURRENT: **04 28 2005** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:
17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE:
17a. I.D. NUMBER OF REFERRING PHYSICIAN:
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:
19. RESERVED FOR LOCAL USE:
20. OUTSIDE LAB? NO [X]   $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. **983.9  TOXIC EFFECT CA**
2. **784.49  VOICE DISTURBAN**

22. MEDICAID RESUBMISSION CODE / ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 27 05 | 11 | 9 | 99214 | 1 | 107 00 | 1 | | | | |
| 06 28 05 | 24 | F | 43235 | 21 | 673 00 | 1 | | | | |
| 06 28 05 | 24 | F | 43235  SG | 21 | 595 00 | 1 | | | | |
| 06 28 05 | 24 | 7 | 99141 | 2 | 136 00 | 1 | | | | |
| 06 28 05 | 24 | 9 | J2250 | 21 | 20 00 | 5 | | | | |
| 06 28 05 | 24 | 9 | J3010 | 21 | 3 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER: **520954463**  EIN [X]
26. PATIENT'S ACCOUNT NO.: **604700029**
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: **$1534 00**
29. AMOUNT PAID: **$0 00**
30. BALANCE DUE: **$1534 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: **SWANSIGER, BRIAN J  MD**   DATE: **02/16/2006**
32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED: **KAISER FALLS CHURCH FAC / 201 N. WASHINGTON STREET / FALLS CHURCH VA 22046**
33. PHYSICIAN'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #: **KAISER PERMANENTE / P.O. BOX 64418 / BALTIMORE MD 21264-4418**

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
WHCFA-1500-N-90 (5/02)
PLEASE PRINT OR TYPE
FORM CMS-1500  (12-90)
FORM OWCP-1500
FORM RRB-1500