IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL VENEY : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:07cv00875 |
| : | Judge: Ricardo M. Urbina |
| STARBUCKS CORPORATION : | |
| : | |
| **Defendant.** : | |

**DEFENDANT STARBUCKS CORPORATION'S
CONSENT MOTION FOR LEAVE TO EXTEND REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE TO
<u>OCTOBER 15, 2007</u>**

COMES NOW Defendant, Starbucks Corporation, (hereinafter "Defendant"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, hereby moves this Honorable Court to issue an Order granting Defendant leave to extend reply to Plaintiff's Opposition to Defendant's Motion to Transfer Venue to October 15, 2007.  In support of this Motion, Defendant states as follows:

1. The instant lawsuit arises out of Plaintiff's claims of injuries sustained as a result of Defendant's negligence while a customer at one of Defendant's locations in Virginia.

2. Plaintiff is a resident of Virginia and Defendant is incorporated in the State of Washington.

3. Plaintiff filed suit in the District of Columbia.

4. Pursuant to 28 U.S.C. § 1441, Defendant removed the case from the Superior Court for the District of Columbia to this Court on the basis of diversity.

180222

5. Pursuant to 28 U.S.C. § 1404, Defendant then filed its motion to transfer to the United States District Court for the Eastern Division of Virginia

6. Plaintiff filed a motion in opposition to Defendant's motion to transfer venue on October 2, 2007.

7. Pursuant to LCvR 7(d), Defendant's reply was due within five days after service of Plaintiff's opposition memorandum.

8. On October 12, 2007, Plaintiff's counsel consented to extend the reply date to October 15, 2007.

WHEREFORE, the foregoing considered, the parties respectfully request that this Court issue an Order granting Defendant leave to extend its reply to Plaintiff's Opposition to Defendant Starbucks Corporation's Motion to Transfer Venue to October 15, 2007.

DATED this 15th day of October, 2007.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

/s/ Christopher E. Hassell
Christopher E. Hassell, Esquire, #291641
Angela D. Greene, Esquire
1233 20th Street, NW
Suite 800
Washington, D.C. 20036
(202) 712-7000

chassell@bktc.net

Counsel for Defendant Starbucks Corporation

2                                                                  180222

## CERTIFICATE PURSUANT TO RULE 12-I

The undersigned counsel for Defendant hereby certifies that she discussed the issues contained in this Motion with Plaintiff's counsel on October 12, 2007, and that Plaintiff's counsel consented to the relief requested herein.

/s/ Angela D. Greene
Angela D. Greene, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Consent Motion for Leave to Extend Reply to Opposition Motion was mailed, postage prepaid, and served via this Court's electronic system, this 15th day of October, 2007 to:

Michael H. Feldman, Esq.
David Galinis, Esq.
Berman, Sobin & Gross, LLP
481 N. Frederick Avenue, #300
Gaithersburg, MD 20877

/s/ Christopher E. Hassell
Christopher E. Hassell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GAIL VENEY** | : |
|     **Plaintiff,** | : |
| v. | :   Case No. 1:07cv00875 |
| |   Judge: Ricardo M. Urbina |
| **STARBUCKS CORPORATION** | : |
|     **Defendant.** | : |

## ORDER

This matter having come before the court upon Defendant Starbuck Corporation's Consent Motion for Leave to Extend Reply to Plaintiff's Opposition to Defendant's Motion to Transfer Venue to October 15, 2007, the Court having considered this motion, and the entire record herein, it is by the court this _____ day of _____ 2007

**ORDERED,** that Defendant's Motion be and hereby is **GRANTED**; and it is

**FURTHER ORDERED,** that the deadline in this matter will be extended to October 15, 2007.

 

_____
Judge Ricardo M. Urbina
United States District Court
 for the District of Columbia

Copies to:

Christopher Hassell, Esq.
Angela D. Greene, Esq.
1233 20th Street, N.W.
Suite 800
Washington, D.C.  20036


Michael H. Feldman, Esq.
David Galinis, Esq.
Berman, Sobin & Gross, LLP
481 N. Frederick Avenue, #300
Gaithersburg, MD 20877