UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GAIL VENEY, :
:
    Plaintiff, : Civil Action No.: 07-0875 (RMU)
:
v. : Document No.: 6
:
STARBUCKS CORPORATION, :
:
    Defendant. :

## ORDER

### GRANTING THE DEFENDANT'S MOTION TO TRANSFER THE CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

For the reasons stated in this court's memorandum opinion separately and contemporaneously issued this 19th day of June 2008, it is hereby

**ORDERED** that the defendant's motion to transfer is **GRANTED**.  It is

**FURTHER ORDERED** that the case is **TRANSFERRED** to the United States District Court for the Eastern District of Virginia.

    **SO ORDERED.**

                                          RICARDO M. URBINA
                                          United States District Judge